Fill in this information to identify your case:

United States Bankruptcy Court for the:

**Northern District of Texas**

Case number (*If known*): _____

Chapter you are filing under:

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**06/24**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Eric**<br>First name<br>**Todd**<br>Middle name<br>**Little**<br>Last name<br><br>Suffix (Sr., Jr, II, III) | **Rhonda**<br>First name<br>**Michelle**<br>Middle name<br>**Little**<br>Last name<br><br>Suffix (Sr., Jr, II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | First name<br><br>Middle name<br><br>Last name<br><br>Business name (if applicable)<br><br>Business name (if applicable) | First name<br><br>Middle name<br><br>Last name<br><br>Business name (if applicable)<br><br>Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - **9  0  6  4**<br>OR<br>**9**xx - xx - ___ ___ ___ ___ | xxx - xx - **9  5  3  8**<br>OR<br>**9**xx - xx - ___ ___ ___ ___ |

| | | | | | |
|---|---|---|---|---|---|
| Debtor 1 | **Eric** | **Todd** | **Little** | | |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** | | |
| | First Name | Middle Name | Last Name | Case number *(if known)* | |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **4.** | **Your Employer Identification Number (EIN), if any.** | \_\_ \_\_ - \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_<br>EIN | \_\_ \_\_ - \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_<br>EIN |
| | | \_\_ \_\_ - \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_<br>EIN | \_\_ \_\_ - \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_<br>EIN |

| | | | |
|---|---|---|---|
| **5.** | **Where you live** | | **If Debtor 2 lives at a different address:** |
| | | **8124 Sandhill Crane**<br>Number        Street | Number        Street |
| | | | |
| | | **Fort Worth, TX 76118**<br>City                State   ZIP Code | City                State   ZIP Code |
| | | **Tarrant**<br>County | County |
| | | **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address. |
| | | Number        Street | Number        Street |
| | | P.O. Box | P.O. Box |
| | | City                State   ZIP Code | City                State   ZIP Code |

| | | | |
|---|---|---|---|
| **6.** | **Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408) | *Check one:*<br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408) |

| Debtor 1 | **Eric** | **Todd** | **Little** | |
|---|---|---|---|---|
| Debtor 2 | **Rhonda** | **Michelle** | **Little** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

<div style="background:black;color:white;">**Part 2:**</div> Tell the Court About Your Bankruptcy Case

---

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8.** **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

☑ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | | MM / DD / YYYY | |
| | District _____ | When _____ | Case number _____ |
| | | MM / DD / YYYY | |
| | District _____ | When _____ | Case number _____ |
| | | MM / DD / YYYY | |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.
☐ Yes.

| | Debtor | | Relationship to you |
|---|---|---|---|
| | _____ | | _____ |
| | District _____ | When _____ | Case number, if known _____ |
| | | MM / DD / YYYY | |
| | Debtor _____ | | Relationship to you _____ |
| | District _____ | When _____ | Case number, if known _____ |
| | | MM / DD / YYYY | |

---

**11.** **Do you rent your residence?**

☑ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you?

   ☐ No. Go to line 12.

   ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

| Debtor 1 | **Eric Rhonda** | **Todd Michelle** | **Little Little** | |
|---|---|---|---|---|
| Debtor 2 | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| **Part 3:** | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number        Street

_____
City                          State          ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| Debtor 1 | Eric | Todd | Little | |
|---|---|---|---|---|
| Debtor 2 | Rhonda | Michelle | Little | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

---

## Part 4:  Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14.  Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.  What is the hazard?  _____

_____

_____

If immediate attention is needed, why is it needed?  _____

_____

_____

_____

Where is the property?  _____

_____

Number    Street

_____    _____    _____

City    State    ZIP Code

| Debtor 1 | Eric | Todd | Little | |
|----------|------|------|--------|-|
| Debtor 2 | Rhonda | Michelle | Little | |
| | First Name | Middle Name | Last Name | Case number (if known) _____ |

## Part 5:   Explain Your Efforts to Receive a Briefing About Credit Counseling

**15.  Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| | | | |
|---|---|---|---|
| Debtor 1 | **Eric** | **Todd** | **Little** |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a.   Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

**16b.   Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No.   I am not filing under Chapter 7. Go to line 18.
☑ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ Eric Todd Little**
_____
Eric Todd Little, Debtor 1

Executed on **03/02/2026**
        MM/  DD/  YYYY

X **/s/ Rhonda Michelle Little**
_____
Rhonda Michelle Little, Debtor 2

Executed on **03/02/2026**
        MM/  DD/  YYYY

| Debtor 1 | **Eric** | **Todd** | **Little** | |
|---|---|---|---|---|
| Debtor 2 | **Rhonda** | **Michelle** | **Little** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** **/s/ Clayton L. Everett** _____     Date **03/02/2026** _____
Signature of Attorney for Debtor                                                      MM / DD / YYYY

**Clayton L. Everett** _____
Printed name

**Norred Law, PLLC** _____
Firm name

**515 E. Border** _____
Number         Street

**Norred Law, PLLC** _____

**Arlington** _____     **TX**     **76010** _____
City                                                                      State     ZIP Code

Contact phone **(817) 704-3984** _____     Email address **clayton@norredlaw.com** _____

**24065212** _____     **TX** _____
Bar number                                                              State

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Eric** | **Todd** | **Little** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern** District of **Texas**

Case number

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property                                        12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---|---|

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   **1.1**  **Home**

   Street address, if available, or other description

   **8124 Sandhill Crane**

   **Fort Worth, TX 76118**
   City        State        ZIP Code

   **Tarrant**
   County

   **What is the property?** Check all that apply.

   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other

   **Who has an interest in the property?** Check one.

   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☑ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   Other information you wish to add about this item, such as local property identification number:

   Source of Value: **Value is average between Tarrant County Appraisal District and Zillow**

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | $635,701.00 | $635,701.00 |

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

   **Fee Simple**

   ☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ...................................➔ | **$635,701.00** |

| Part 2: | Describe Your Vehicles |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

Debtor **Little, Eric Todd; Little, Rhonda Michelle**                                    Case number *(if known)* _____

---

3.1     Make:            **Ford**           Who has an interest in the property? Check one.          Do not deduct secured claims or exemptions. Put
                                            ☐ Debtor 1 only                                          the amount of any secured claims on *Schedule D:*
        Model:           **Explorer**       ☐ Debtor 2 only                                          *Creditors Who Have Claims Secured by Property.*
                                            ☐ Debtor 1 and Debtor 2 only
        Year:            **2017**           ☐ At least one of the debtors and another                Current value of the        Current value of the
                                                                                                     entire property?            portion you own?
        Approximate mileage:  **89,285**    ☐ **Check if this is community property** (see                 **$15,325.00**              **$15,325.00**
                                              instructions)
        Other information:

        ┌─────────────────────────────────┐
        │ **Source of Value: NADA**           │
        │ **Valuation by NADA**               │
        │ **VIN: 1fm5k8gtxhga21970**          │
        └─────────────────────────────────┘

If you own or have more than one, describe here:

3.2     Make:            **Subaru**         Who has an interest in the property? Check one.          Do not deduct secured claims or exemptions. Put
                                            ☐ Debtor 1 only                                          the amount of any secured claims on *Schedule D:*
        Model:           **Forester**       ☐ Debtor 2 only                                          *Creditors Who Have Claims Secured by Property.*
                                            ☐ Debtor 1 and Debtor 2 only
        Year:            **2017**           ☐ At least one of the debtors and another                Current value of the        Current value of the
                                                                                                     entire property?            portion you own?
        Approximate mileage:  **175,500**   ☐ **Check if this is community property** (see                 **$13,025.00**              **$13,025.00**
                                              instructions)
        Other information:

        ┌─────────────────────────────────┐
        │ **Source of Value: NADA**           │
        │ **Valuation by NADA**               │
        │ **VIN: jf2sjagc8hh564912**          │
        └─────────────────────────────────┘

3.3     Make:            **Kia**            Who has an interest in the property? Check one.          Do not deduct secured claims or exemptions. Put
                                            ☐ Debtor 1 only                                          the amount of any secured claims on *Schedule D:*
        Model:           **Telluride**      ☐ Debtor 2 only                                          *Creditors Who Have Claims Secured by Property.*
                                            ☐ Debtor 1 and Debtor 2 only
        Year:            **2020**           ☐ At least one of the debtors and another                Current value of the        Current value of the
                                                                                                     entire property?            portion you own?
        Approximate mileage:  **90,000**    ☐ **Check if this is community property** (see                 **$19,473.00**              **$19,473.00**
                                              instructions)
        Other information:

        ┌─────────────────────────────────┐
        │ **Source of Value: NADA**           │
        │ **Valuation by NADA**               │
        │ **VIN: 5xyp6dhc3lg082128**          │
        └─────────────────────────────────┘

3.4     Make:            **Ford**           Who has an interest in the property? Check one.          Do not deduct secured claims or exemptions. Put
                                            ☐ Debtor 1 only                                          the amount of any secured claims on *Schedule D:*
        Model:           **Bronco**         ☐ Debtor 2 only                                          *Creditors Who Have Claims Secured by Property.*
                                            ☐ Debtor 1 and Debtor 2 only
        Year:            **2024**           ☐ At least one of the debtors and another                Current value of the        Current value of the
                                                                                                     entire property?            portion you own?
        Approximate mileage:  **7,000**     ☐ **Check if this is community property** (see                 **$31,102.00**              **$31,102.00**
                                              instructions)
        Other information:

        ┌─────────────────────────────────┐
        │ **Source of Value: NADA**           │
        │ **Valuation by NADA**               │
        │ **VIN: 3fmcr9g61rre53831**          │
        └─────────────────────────────────┘

---

Debtor  **Little, Eric Todd; Little, Rhonda Michelle**                                       Case number *(if known)* _____

---

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

   4.1   Make: _____        **Who has an interest in the property?** Check one.

   Model: _____        ☐ Debtor 1 only
                             ☐ Debtor 2 only
   Year: _____         ☐ Debtor 1 and Debtor 2 only
                             ☐ At least one of the debtors and another
   Other information:

   ┌─────────────────┐       ☐ **Check if this is community property** (see
   │                 │          instructions)
   └─────────────────┘

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | _____ | _____ |

5.  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ................................................................ →    **$78,925.00**

---

| **Part 3:** | Describe Your Personal and Household Items |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following items?** | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6.  **Household goods and furnishings**

   *Examples:*  Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe. .........

   | **Refrigerator, washer, dryer, sofas, beds, dressers, nightstands, kitchen table, chairs, towels, linens, small kitchen appliances, kitchenware, houseware, household tools** | **$2,000.00** |
   |---|---|

7.  **Electronics**

   *Examples:*  Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe. .........

   | **Televisions, game console, laptops, iPad, mobile phones, DVD players, home theater equipment** | **$800.00** |
   |---|---|

8.  **Collectibles of value**

   *Examples:*  Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☐ No
   ☑ Yes. Describe. .........

   | **Collectible books, artwork, knick-knacks** | **$500.00** |
   |---|---|

9.  **Equipment for sports and hobbies**

   *Examples:*  Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No
   ☑ Yes. Describe. .........

   | **Golf clubs, bicycles** | **$100.00** |
   |---|---|

Debtor  **Little, Eric Todd; Little, Rhonda Michelle**                    Case number *(if known)* _____

---

10.  **Firearms**

   *Examples:*  Pistols, rifles, shotguns, ammunition, and related equipment

   ☐ No

   ☑ Yes. Describe. .........

   | DPMS AR15 300BLK, Winchester 1890 22Short, ammo | |
   |---|---|
   | | |
   | Sig P238 Rainbow 380 | |
   | Sig P238 Rosewood 380 | |
   | Sig P229 Nitron 357 | |
   | Smith & Wesson M&P Bodyguard CT 38 | |
   | Smith & Wesson Sigma9VE 9mm | $3,135.59 |
   | Ruger P345 45 | |
   | Ruger Mini 14 300BLK | |
   | Remmington 870 Mossy Oak 12G | |
   | Remmington 700ADL 270 | |
   | Savage 111 Win Trophy Hunter 300WinMag | |
   | Remmington 700ADL 6.5 Creedmore | |
   | Mossburg 715T 22Long | |

11.  **Clothes**

   *Examples:*  Everyday clothes, furs, leather coats, designer wear, shoes, accessories

   ☐ No

   ☑ Yes. Describe. .........

   | Everyday clothing, shoes, accessories | $200.00 |
   |---|---|

12.  **Jewelry**

   *Examples:*  Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

   ☐ No

   ☑ Yes. Describe. .........

   | Wedding ring, everyday jewelry, costume jewelry, James Avery collection, | $2,000.00 |
   |---|---|

13.  **Non-farm animals**

   *Examples:*  Dogs, cats, birds, horses

   ☐ No

   ☑ Yes. Describe. .........

   | 2 dogs, 2 cats, sentimental value only | $1.00 |
   |---|---|

14.  **Any other personal and household items you did not already list, including any health aids you did not list**

   ☐ No

   ☑ Yes. Give specific information. .............

   | Solar panels | $15,000.00 |
   |---|---|

15.  **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .................................................................................................................  →

   | $23,736.59 |
   |---|

---

**Part 4:**        Describe Your Financial Assets

Do you own or have any legal or equitable          Current value of the portion you own?
interest in any of the following?                  Do not deduct secured claims or exemptions.

---

Debtor    **Little, Eric Todd; Little, Rhonda Michelle**                                    Case number *(if known)* _____

---

16.  **Cash**

*Examples:*  Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes ............................................................................................................................  Cash: .................. | **$20.00**

17.  **Deposits of money**

*Examples:*  Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes ...................    Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | **BVSCU**<br>**Account Number: 0019** | **$10.21** |
| 17.2. Checking account: | **RBFCU**<br>**Account Number: 2244** | **$1,259.04** |
| 17.3. Checking account: | **RBFCU**<br>**Account Number: 1566** | **$0.27** |
| 17.4. Savings account: | **BVSCU**<br>**Account Number: 0000** | **$0.77** |
| 17.5. Savings account: | **RBFCU**<br>**Account Number: 0994** | **$0.00** |
| 17.6. Savings account: | **RBFCU**<br>**Account Number: 2468** | **$120.00** |
| 17.7. Other financial account: | **Robinhood** | **$0.00** |
| 17.8. Other financial account: | **Robinhood** | **$0.00** |
| 17.9. Other financial account: | **Venmo Account** | **$6.47** |

18.  **Bonds, mutual funds, or publicly traded stocks**

*Examples:*  Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes ...................    Institution or issuer name:

19.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

☑ Yes. Give specific
information about
them...................    Name of entity:                        % of ownership:

   **Crimson Building Company, LLC (defunct)**          **96.00%**          **$0.00**

---

Debtor    **Little, Eric Todd; Little, Rhonda Michelle**                                    Case number *(if known)*

---

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No

    ☐ Yes. Give specific
        information about
        them..................    Issuer name:

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No

    ☑ Yes. List each
        account separately.    Type of account:    Institution name:

        401(k) or similar plan:    **New Path 401(k) Profit Sharing Plan and Trust**                    $1,960.89

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company

    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or
               others

    ☑ No

    ☐ Yes .....................    Institution name or individual:

        Electric:

        Gas:

        Heating oil:

        Security deposit on rental unit:

        Prepaid rent:

        Telephone:

        Water:

        Rented furniture:

        Other:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No

    ☐ Yes .....................    Issuer name and description:

---

Official Form 106A/B                          **Schedule A/B: Property**                                    page 6

Debtor  **Little, Eric Todd; Little, Rhonda Michelle**_____  Case number *(if known)*_____

| | |
|---|---|
| 24. | **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.** |

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☐ No

☑ Yes ..................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

| | |
|---|---|
| **State Farm 529 Plan (Account No. 84958894401) | Beneficiary: H. Little** | $397.00 |
| **State Farm 529 Plan (Account No. 84958894402) | Beneficiary: R. Little** | $14.50 |

25.  **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific
    information about them. ...

26.  **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:*  Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific
    information about them. ...

27.  **Licenses, franchises, and other general intangibles**

*Examples:*  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific
    information about them. ...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28.  **Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about
    them, including whether you
    already filed the returns and
    the tax years. ...................

Federal:
State:
Local:

29.  **Family support**

*Examples:*  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property
          settlement

Debtor  **Little, Eric Todd; Little, Rhonda Michelle**                     Case number *(if known)*

---

☑ No

☐ Yes. Give specific information. ........

| | |
|---|---|
| Alimony: | _____ |
| Maintenance: | _____ |
| Support: | _____ |
| Divorce settlement: | _____ |
| Property settlement: | _____ |

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information. ........                                          _____

31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☑ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Primerica Life Insurance - Term policy (Policy No. 0432526214)** | **Rhonda Little** | **$0.00** |
| **State Farm Auto Insurance (Policy No. 424 0068-C13-43H)** | | **$0.00** |

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes. Give specific information. .........                                          _____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes. Describe each claim. ..............                                          _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Describe each claim. ..............                                          _____

---

Official Form 106A/B                          **Schedule A/B: Property**                                    page **8**

Debtor    **Little, Eric Todd; Little, Rhonda Michelle**                                    Case number *(if known)* _____

---

35. **Any financial assets you did not already list**

    ☑ No

    ☐ Yes. Give specific information. ........ [                                    ]    _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
    for Part 4. Write that number here** ......................................................................................................... ➡    | $3,789.15 |

---

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No. Go to Part 6.

    ☐ Yes. Go to line 38.

    | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

38. **Accounts receivable or commissions you already earned**

    ☑ No

    ☐ Yes. Describe. ......... [                                    ]    _____

39. **Office equipment, furnishings, and supplies**

    *Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs,
    electronic devices

    ☑ No

    ☐ Yes. Describe. ......... [                                    ]    _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☑ No

    ☐ Yes. Describe. ......... [                                    ]    _____

41. **Inventory**

    ☑ No

    ☐ Yes. Describe. ......... [                                    ]    _____

42. **Interests in partnerships or joint ventures**

    ☑ No

    ☐ Yes. Describe ....... 

    Name of entity:                                    % of ownership:

    _____    _____    _____

    _____    _____    _____

    _____    _____    _____

---

Debtor    **Little, Eric Todd; Little, Rhonda Michelle**                                                    Case number *(if known)*

---

43.    **Customer lists, mailing lists, or other compilations**

☑ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

       ☐ No

       ☐ Yes. Describe. .........

44.    **Any business-related property you did not already list**

☑ No

☐ Yes. Give specific
    information .........

45.    **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached**
    **for Part 5. Write that number here** .................................................................................................... ➡     |  $0.00

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---------|-------------------------------------------------------------------------------------------|
|         | **If you own or have an interest in farmland, list it in Part 1.** |

46.    **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

> **Current value of the
> portion you own?**
> Do not deduct secured
> claims or exemptions.

47.    **Farm animals**

*Examples:*  Livestock, poultry, farm-raised fish

☑ No

☐ Yes .........................

48.    **Crops—either growing or harvested**

☑ No

☐ Yes. Give specific
    information. ............

Debtor  **Little, Eric Todd; Little, Rhonda Michelle**                                Case number *(if known)* _____

---

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No

☐ Yes ......................... _____                    _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No

☐ Yes ......................... _____                    _____

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No

☐ Yes. Give specific
information. ............ _____                    _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached
for Part 6. Write that number here** .................................................................................  ➡   | $0.00 |

---

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53. **Do you have other property of any kind you did not already list?**

   *Examples:*  Season tickets, country club membership

☑ No

☐ Yes. Give specific
information. ............                                                        _____

                                                                                _____

                                                                                _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .......................  ➡   | $0.00 |

---

| Part 8: | List the Totals of Each Part of this Form |

55. **Part 1: Total real estate, line 2** .................................................................................  ➡   | $635,701.00 |

56. **Part 2: Total vehicles, line 5**                          $78,925.00

57. **Part 3: Total personal and household items, line 15**     $23,736.59

58. **Part 4: Total financial assets, line 36**                 $3,789.15

59. **Part 5: Total business-related property, line 45**        $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**  $0.00

61. **Part 7: Total other property not listed, line 54**    +   $0.00

62. **Total personal property.** Add lines 56 through 61. ...............   | $106,450.74 |   Copy personal property total  ➡   +  | $106,450.74 |

---

Debtor  **Little, Eric Todd; Little, Rhonda Michelle** _____    Case number *(if known)* _____

| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62. .................................................................................... | **$742,151.74** |
|-----|---|---|

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Eric** | **Todd** | **Little** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern** District of **Texas**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Home**<br>**8124 Sandhill Crane Ct**<br>**Worth, TX 76118**<br><br>Line from *Schedule A/B*: **1.1** | **$635,701.00** | ☑ **$367,656.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |

3. **Are you claiming a homestead exemption of more than $214,000?**

   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No
   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☑ No
      ☐ Yes

| Debtor 1 | **Eric** | **Todd** | **Little** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2017 Ford Explorer**<br>**VIN: 1fm5k8gtxhga21970**<br>**Valuation by NADA**<br>Line from *Schedule A/B*: **3.1** | $15,325.00 | ☑ $15,325.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description: **2017 Subaru Forester**<br>**VIN: jf2sjagc8hh564912**<br>**Valuation by NADA**<br>Line from *Schedule A/B*: **3.2** | $13,025.00 | ☑ $13,025.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description: **2020 Kia Telluride**<br>**VIN: 5xyp6dhc3lg082128**<br>**Valuation by NADA**<br>Line from *Schedule A/B*: **3.3** | $19,473.00 | ☑ $11,603.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |
| Brief description: **2024 Ford Bronco**<br>**VIN: 3fmcr9g61rre53831**<br>**Valuation by NADA**<br>Line from *Schedule A/B*: **3.4** | $31,102.00 | ☑ $702.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9)** |

| | | | |
|---|---|---|---|
| Debtor 1 | **Eric** **Todd** **Little** | | Case number *(if known)* |
| | First Name   Middle Name   Last Name | | |
| Debtor 2 | **Rhonda** **Michelle** **Little** | | |
| | First Name   Middle Name   Last Name | | |

| **Part 2:** | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Refrigerator, washer, dryer, sofas, beds, dressers, nightstands, kitchen table, chairs, towels, linens, small kitchen appliances, kitchenware, houseware, household tools**<br>Line from *Schedule A/B*: **6** | $2,000.00 | ☑ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **Televisions, game console, laptops, iPad, mobile phones, DVD players, home theater equipment**<br>Line from *Schedule A/B*: **7** | $800.00 | ☑ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **Collectible books, artwork, knick-knacks**<br>Line from *Schedule A/B*: **8** | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) |
| Brief description: **Golf clubs, bicycles**<br>Line from *Schedule A/B*: **9** | $100.00 | ☑ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(8) |
| Brief description: **DPMS AR15 300BLK, Winchester 1890 22Short, ammo**<br>Line from *Schedule A/B*: **10** | $744.00 | ☑ $744.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(7) |
| Brief description: **Everyday clothing, shoes, accessories**<br>Line from *Schedule A/B*: **11** | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) |

| Debtor 1 | Eric | Todd | Little | Case number (if known) |
|---|---|---|---|---|
| Debtor 2 | Rhonda | Michelle | Little | |
| | First Name | Middle Name | Last Name | |

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Wedding ring, everyday jewelry, costume jewelry, James Avery collection,**<br>Line from *Schedule A/B*: **12** | **$2,000.00** | ☑ **$2,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(6)** |
| Brief description: **2 dogs, 2 cats, sentimental value only**<br>Line from *Schedule A/B*: **13** | **$1.00** | ☑ **$1.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(11)** |
| Brief description: **New Path 401(k) Profit Sharing Plan and Trust**<br>Line from *Schedule A/B*: **21** | **$1,960.89** | ☑ **$1,960.89**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0021** |
| Brief description: **State Farm 529 Plan (Account No. 84958894401)**<br>Line from *Schedule A/B*: **24** | **$397.00** | ☑ **$397.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 541(b)(5)** |
| Brief description: **State Farm 529 Plan (Account No. 84958894402)**<br>Line from *Schedule A/B*: **24** | **$14.50** | ☑ **$14.50**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 541(b)(5)** |
| Brief description: **Primerica Life Insurance - Term policy (Policy No. 0432526214)**<br>Line from *Schedule A/B*: **31** | **$0.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **Little, Eric Todd**                                          CASE NO

**Little, Rhonda Michelle**                                CHAPTER **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)                    Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 1. | Real Estate | $635,701.00 | $268,045.00 | $367,656.00 | $367,656.00 | $0.00 |
| 3. | Motor vehicle | $78,925.00 | $38,270.00 | $40,655.00 | $40,655.00 | $0.00 |
| 4. | Watercraft, trailers, motors homes, and accessories | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Household goods and furnishings | $2,000.00 | $0.00 | $2,000.00 | $2,000.00 | $0.00 |
| 7. | Electronics | $800.00 | $0.00 | $800.00 | $800.00 | $0.00 |
| 8. | Collectibles of value | $500.00 | $0.00 | $500.00 | $500.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $100.00 | $0.00 | $100.00 | $100.00 | $0.00 |
| 10. | Firearms | $3,135.59 | $0.00 | $3,135.59 | $744.00 | $2,391.59 |
| 11. | Clothes | $200.00 | $0.00 | $200.00 | $200.00 | $0.00 |
| 12. | Jewelry | $2,000.00 | $0.00 | $2,000.00 | $2,000.00 | $0.00 |
| 13. | Nonfarm animals | $1.00 | $0.00 | $1.00 | $1.00 | $0.00 |
| 14. | Other | $15,000.00 | $57,844.00 | $0.00 | $0.00 | $0.00 |
| 16. | Cash | $20.00 | $0.00 | $20.00 | $0.00 | $20.00 |
| 17. | Deposits of money | $1,396.76 | $0.00 | $1,396.76 | $0.00 | $1,396.76 |
| 18. | Bonds, mutual funds, or publicly traded stocks | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Business Interests, LLC's, Partnerships, Joint Ventures and Nonpublicly traded stock | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Bonds and other financial instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $1,960.89 | $0.00 | $1,960.89 | $1,960.89 | $0.00 |
| 22. | Security deposits and prepayments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interest in a qualified education fund, such as an education IRA | $411.50 | $0.00 | $411.50 | $411.50 | $0.00 |
| 25. | Trusts, equitable or future interests in property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:     **Little, Eric Todd**                                      CASE NO

           **Little, Rhonda Michelle**                         CHAPTER **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #1*

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)                          Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------|--------------------|--------------|--------------------|-----------------------|
| 26. | Copyrights, trademarks, websites and other intellectual property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Licenses, Franchises, and other general intangibles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Tax refunds | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29. | Family support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Other amounts owed to the debtor | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Insurance policies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Interest in property from deceased | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims against third parties | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | All other claims, includes contingent/unliquidated claims, counter claims, and creditor set offs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Other financial asset | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38. | Accounts receivable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39. | Office equipment, furnishings, and supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40. | Machinery, fixtures and equipment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43. | Customer lists | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Other businessrelated property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48. | Crops | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Equipment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50. | Supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51. | Other farm or fishing related property | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:    **Little, Eric Todd**                                    CASE NO
          **Little, Rhonda Michelle**                        CHAPTER **7**

### SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #2*

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)                    Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| 53. | Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$742,151.74** | **$364,159.00** | **$420,836.74** | **$417,028.39** | **$3,808.35** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **Little, Eric Todd**

  **Little, Rhonda Michelle**

CASE NO

CHAPTER **7**

### SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #3*

**Surrendered Property:**

The following property is to be surrendered by the debtor. Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis. The below listed items are to be returned to the lienholder

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| **TOTALS:** | $0.00 | $0.00 | $0.00 |

**Non-exempt Property by Item:**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| (None) | | | | |
| **Personal Property** | | | | |
| Sig P238 Rainbow 380 Sig P238 Rosewood 380 Sig P229 Nitron 357 Smith & Wesson M&P Bodyguard CT 38 Smith & Wesson Sigma9VE 9mm Ruger P345 45 Ruger Mini 14 300BLK Remmington 870 Mossy Oak 12G Remmington 700ADL 270 Savage 111 Win Trophy Hunter 300WinMag Remmington 700ADL 6.5 Creedmore Mossburg 715T 22Long | $2,391.59 | $0.00 | $2,391.59 | $2,391.59 |
| Cash | $20.00 | $0.00 | $20.00 | $20.00 |
| RBFCU<br>Checking account<br>Acct. No.: 2244 | $1,259.04 | $0.00 | $1,259.04 | $1,259.04 |
| RBFCU<br>Checking account<br>Acct. No.: 1566 | $0.27 | $0.00 | $0.27 | $0.27 |
| RBFCU<br>Savings account<br>Acct. No.: 2468 | $120.00 | $0.00 | $120.00 | $120.00 |
| BVSCU<br>Checking account<br>Acct. No.: 0019 | $10.21 | $0.00 | $10.21 | $10.21 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:     **Little, Eric Todd**                          CASE NO

           **Little, Rhonda Michelle**                    CHAPTER **7**

### SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet #4*

**Non-exempt Property by Item:**

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| BVSCU | $0.77 | $0.00 | $0.77 | $0.77 |
| Savings account | | | | |
| Acct. No.: 0000 | | | | |
| | | | | |
| Venmo Account | $6.47 | $0.00 | $6.47 | $6.47 |
| Other financial account | | | | |
| **TOTALS:** | **$742,151.74** | **$364,159.00** | **$420,836.74** | **$3,808.35** |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | **$742,151.74** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$742,151.74** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$364,159.00** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$364,159.00** |
| G. Total Equity (not including surrendered property) / (A-D) | **$420,836.74** |
| H. Total Equity in surrendered items (B-E) | **$0.00** |
| I. Total Equity (C-F) | **$420,836.74** |
| J. Total Exemptions Claimed | **$417,028.39** |
| K. Total Non-Exempt Property Remaining (G-J) | **$3,808.35** |

```
Fill in this information to identify your case:

Debtor 1      Eric            Todd            Little
              First Name      Middle Name     Last Name

Debtor 2      Rhonda          Michelle        Little
(Spouse, if filing)  First Name  Middle Name  Last Name

United States Bankruptcy Court for the:    Northern    District of    Texas

Case number (if
known)
```

☐ Check if this is an amended filing

<u>Official Form 106D</u>

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:**  List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A <br> **Amount of claim** <br> Do not deduct the value of collateral. | Column B <br> **Value of collateral that supports this claim** | Column C <br> **Unsecured portion** <br> If any |
|---|---|---|---|---|
| **2.1** **Ally Bank** | Describe the property that secures the claim: | $30,400.00 | $31,102.00 | $0.00 |

Creditor's Name

**PO Box 8127**

Number       Street

**Cockeysville, MD 21030**

City        State       ZIP Code

**2024 Ford Bronco**
**Valuation by NADA**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred**   **04/2024**   **Last 4 digits of account number**   **2   2   5   8**

| Add the dollar value of your entries in Column A on this page. Write that number here: | $30,400.00 |
|---|---|

| Debtor 1 | Eric | Todd | Little | | Case number (if known) _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Rhonda | Michelle | Little | | |
| | First Name | Middle Name | Last Name | | |

| Part 1: | Additional Page | | Column A | Column B | Column C |
|---|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | **Amount of claim** | **Value of collateral that supports this claim** | **Unsecured portion** |
| | | | Do not deduct the value of collateral. | | If any |

**2.2 GoodLeap LLC**
Creditor's Name

**Describe the property that secures the claim:** $57,844.00 | $15,000.00 | $42,844.00

Solar panels

**Attn: Bankruptcy Department**

**8781 Sierra College Blvd**
Number        Street

**Roseville, CA 95661**
City        State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)    **Unsecured**

**Date debt was incurred** 9/1/2022    **Last 4 digits of account number** 9 4 1 3

**2.3 Selene Finance**
Creditor's Name

**Describe the property that secures the claim:** $268,045.00 | $635,701.00 | $0.00

Home
8124 Sandhill Crane Fort Worth, TX 76118

**PO Box 660369**
Number        Street

**Dallas, TX 75266**
City        State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** 11/2018    **Last 4 digits of account number** 7 4 2 1

| Add the dollar value of your entries in Column A on this page. Write that number here: | $325,889.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | _____ |

| Debtor 1 | **Eric** | **Todd** | **Little** | | | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* | | |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** | | | |
| | First Name | Middle Name | Last Name | | | |

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **Part 1:** | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |

| 2.4 | **Wells Fargo** | Describe the property that secures the claim: | $7,870.00 | $19,473.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**6061 North State Hwy 161**

Number        Street

**Irving, TX 75038**

City        State        ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred        07/2022

---

**Describe the property that secures the claim:**

> **2020 Kia Telluride**
> **Valuation by NADA**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number        8   2   5   5

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $7,870.00 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $364,159.00 |

**Fill in this information to identify your case:**

| Debtor 1 | **Eric** | **Todd** | **Little** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern** District of **Texas**

Case number
(if known)

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | | **Total claim** |
|---|---|---|---|

| 4.1 | **Alliance Trucking, LP** | Last 4 digits of account number ___ ___ ___ ___ | **unknown** |

Nonpriority Creditor's Name

**721 111th Street**
Number        Street

When was the debt incurred?  _____

**Arlington, TX 76011**
City          State          ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Lawsuit**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor 1 | **Eric** | **Todd** | **Little** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** | |
| | First Name | Middle Name | Last Name | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.2    Amazon Chase

Nonpriority Creditor's Name

**PO Box 1423**

Number            Street

**Charlotte, NC 28201**

City            State            ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **4    1    9    5**

**When was the debt incurred?**            **01/2025**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Credit card purchases**

**$1,374.82**

### 4.3    American Express National Bank

Nonpriority Creditor's Name

**43 Butterfield Circle**

Number            Street

**El Paso, TX 79906**

City            State            ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

**When was the debt incurred?**            _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Lawsuit**

**$107,854.12**

Official Form 106E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**            page **2** of **31**

| Debtor 1 | **Eric** | **Todd** | **Little** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** | |
| | First Name | Middle Name | Last Name | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    | Total claim

---

**4.4**  **Ameripath**

Nonpriority Creditor's Name

**PO Box 740976**

Number            Street

**Cincinnati, OH 45274**

City            State            ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**    **2  1  9  4**        $33.35

**When was the debt incurred?**    01/2025

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Medical Debt**

---

**4.5**  **ARBO Apartment Group**

Nonpriority Creditor's Name

**1501 S Mopac Expy Ste 220**

Number            Street

**Austin, TX 78746**

City            State            ZIP Code

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**    ___ ___ ___ ___        $550,000.00

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Lawsuit**

---

| Debtor 1 | **Eric** | **Todd** | **Little** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** | | |
| | First Name | Middle Name | Last Name | | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

### 4.6

**Brightway/onemain**
Nonpriority Creditor's Name

**PO Box 3316**
Number          Street

**Evansville, IN 47732**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **0   0   0   8**

**When was the debt incurred?**          **9/1/2023**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **CreditCard**

**$5,203.00**

### 4.7

**Capital One**
Nonpriority Creditor's Name

**PO Box 30281**
Number          Street

**Salt Lake City, UT 84130**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **5   5   8   3**

**When was the debt incurred?**          **3/1/2015**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Credit Card**

**$115,846.00**

| Debtor 1 | **Eric** | **Todd** | **Little** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.8** **Century Insurance Agency, Inc.**

Nonpriority Creditor's Name

**3200 Long Prairie Rd Ste 200**

Number          Street

**Flower Mound, TX 75022**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          **$19,238.80**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Lawsuit**

---

**4.9** **CIP Paving, LLC**

Nonpriority Creditor's Name

**4329 Reeder Dr**

Number          Street

**Carrollton, TX 75010**

City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          **$256,015.19**

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Lawsuit**

---

| Debtor 1 | Eric | Todd | Little | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Rhonda | Michelle | Little | | |
| | First Name | Middle Name | Last Name | | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

### 4.10  Citibank

**Nonpriority Creditor's Name**

PO Box 790046

Number          Street

Saint Louis, MO 63179

City          State          ZIP Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**    6  3  2  6

**When was the debt incurred?**    11/1/2012

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   CreditCard

**$13,514.00**

### 4.11  City Capital NY

**Nonpriority Creditor's Name**

164 20th St Suite 4E

Number          Street

Glendale, CA 91203

City          State          ZIP Code

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**    ___ ___ ___ ___

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   UCC Filing 220059802856

**unknown**

| Debtor 1 | **Eric** | **Todd** | **Little** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** | |
| | First Name | Middle Name | Last Name | |

**Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.
| | Total claim |

---

**4.12**  **Civitas Capital/ Avid Living LLC**

Nonpriority Creditor's Name

**1722 Routh St, STE 800**

Number          Street

**Dallas, TX 75201**

City                  State                  ZIP Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Other Debt**

**Total claim: unknown**

---

**4.13**  **Clinical Pathology**

Nonpriority Creditor's Name

**PO Box 141669**

Number          Street

**Austin, TX 78714**

City                  State                  ZIP Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **3  9  6  4**

**When was the debt incurred?**  **01/2025**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Medical Debt**

**Total claim: $48.95**

---

| Debtor 1 | **Eric** | **Todd** | **Little** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** | |
| | First Name | Middle Name | Last Name | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                                              **Total claim**

---

**4.14**    **Clinical Pathology**
Nonpriority Creditor's Name

**PO Box 141669**
Number          Street

**Austin, TX 78714**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **7  3  8  8**

When was the debt incurred?          **01/2025**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Medical Debt**

**Total claim:** **$1,246.50**

---

**4.15**    **Corporation Service Company, As Representative**
Nonpriority Creditor's Name

**PO Box 2576**
Number          Street

**Springfield, IL 62708**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

When was the debt incurred?          _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **UCC Filing 230001839915, 240010789273, 200046953746**

**Total claim:** **unknown**

---

| Debtor 1 | **Eric** | **Todd** | **Little** | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** | |
| | First Name | Middle Name | Last Name | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

### 4.16    Credit One

| | Last 4 digits of account number | 4 7 4 3 | $1,826.67 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 60500**

Number        Street

When was the debt incurred?        04/2025

**City Of Industry, CA 91716**

City            State        ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Credit card purchases**

**Is the claim subject to offset?**

☑ No
☐ Yes

### 4.17    Credit One

| | Last 4 digits of account number | 5 5 8 1 | $897.98 |
|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 60500**

Number        Street

When was the debt incurred?        04/2025

**City Of Industry, CA 91716**

City            State        ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Credit card purchases**

**Is the claim subject to offset?**

☑ No
☐ Yes

| Debtor 1 | **Eric** | **Todd** | **Little** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

|  | Total claim |
|---|---|

**4.18**

| **Credit One Bank** | | Last 4 digits of account number   **1   7   4   4** | **$1,226.82** |
|---|---|---|---|
| Nonpriority Creditor's Name | | | |
| **PO Box 60500** | | When was the debt incurred?   **01/2025** | |
| Number          Street | | | |

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**City Of Industry, CA 91716**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit card purchases**

**Is the claim subject to offset?**

☑ No
☐ Yes

**4.19**

| **Credit One Bank** | | Last 4 digits of account number   **0   8   4   0** | **$920.74** |
|---|---|---|---|
| Nonpriority Creditor's Name | | | |
| **PO Box 60500** | | When was the debt incurred?   **03/2025** | |
| Number          Street | | | |

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**City Of Industry, CA 91716**
City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit card purchases**

**Is the claim subject to offset?**

☑ No
☐ Yes

| Debtor 1 | **Eric** | **Todd** | **Little** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

### 4.20

**Credit Systems International, Inc**
Nonpriority Creditor's Name

**1277 Country Club Lane**
Number          Street

**Fort Worth, TX 76112**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **1  5  1  4**

When was the debt incurred?    **9/1/2024**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Collection Attorney**

**$1,090.00**

### 4.21

**Destiny Concora Credit**
Nonpriority Creditor's Name

**PO Box 96541**
Number          Street

**Charlotte, NC 28296**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **8  8  5  8**

When was the debt incurred?    **04/2025**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Credit card purchases**

**$1,066.43**

| | | | |
|---|---|---|---|
| Debtor 1 | **Eric** | **Todd** | **Little** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.22**

**Destiny Concora Credit**
Nonpriority Creditor's Name

**PO Box 96541**
Number          Street

**Charlotte, NC 28296**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **8   0   6   8**

When was the debt incurred?          **04/2025**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit card purchases**

**$622.87**

---

**4.23**

**Disney Chase**
Nonpriority Creditor's Name

**PO Box 1423**
Number          Street

**Charlotte, NC 28201**
City          State          ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **7   7   0   1**

When was the debt incurred?          **01/2025**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit card purchases**

**$8,408.48**

---

| Debtor 1 | **Eric** | **Todd** | **Little** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| Debtor 2 | **Rhonda** | **Michelle** | **Little** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |
|---|---|

---

**4.24**

**Fifth Third Bank**

Nonpriority Creditor's Name

**PO Box 63900**

Number          Street

**Cincinnati, OH 45263**

City                State                ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **3**  **7**  **2**  **3**

**When was the debt incurred?**    **03/2017**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Collection Account**

**$8,007.72**

---

**4.25**

**Fitzhugh Ave Investments II, LLC**

Nonpriority Creditor's Name

**8235 Douglas Ave. Suite 620**

Number          Street

**Dallas, TX 75225**

City                State                ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    ___  ___  ___  ___

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Lawsuit**

**$338,270.27**

---

| Debtor 1 | **Eric** | **Todd** | **Little** | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

---

**4.26** **Fortiva**

Nonpriority Creditor's Name

**PO Box 650847**

Number          Street

**Dallas, TX 75265**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **0   0   3   5**

When was the debt incurred?          **04/2025**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit card purchases**

$1,167.06

---

**4.27** **Gateway**

Nonpriority Creditor's Name

**PO Box 8404**

Number          Street

**Coral Springs, FL 33075**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **4   3   5   5**

When was the debt incurred?          **01/2025**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Medical Debt**

$118.00

---

| Debtor 1 | **Eric** | **Todd** | **Little** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** | |
| | First Name | Middle Name | Last Name | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.
| | Total claim |

---

**4.28**    **Hospitalist Medicine**

Nonpriority Creditor's Name

**PO Box 743522**

Number            Street

**Los Angeles, CA 90074**

City            State            ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **7    3    0    3**    **$40.00**

When was the debt incurred?    **09/2024**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Medical Debt**

---

**4.29**    **Hue**

Nonpriority Creditor's Name

**PO Box 2509**

Number            Street

**Omaha, NE 68103**

City            State            ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **9    0    1    8**    **$602.77**

When was the debt incurred?    **03/2025**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Credit card purchases**

---

| Debtor 1 | **Eric** | **Todd** | **Little** | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

### 4.30  JPS Health

Nonpriority Creditor's Name

**PO Box 916046**

Number          Street

**Fort Worth, TX 76191**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **9   0   0   2**

When was the debt incurred?          **01/2024**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Medical Debt**

**$739.44**

### 4.31  Last Chance Funding Inc

Nonpriority Creditor's Name

**411 Hempstead Turnpike**

Number          Street

**West Hempstead, NY 11552**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **UCC Filing 200014592205**

**unknown**

| Debtor 1 | Eric | Todd | Little | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | Rhonda | Michelle | Little | | |
| | First Name | Middle Name | Last Name | | |

**Part 2:**    **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

                                                      **Total claim**

**4.32** **Melrose Heights Phase II Condomium Owners Association, Inc.**

Last 4 digits of account number ___ ___ ___ ___        **unknown**

Nonpriority Creditor's Name

When was the debt incurred? _____

**4545 Bowser Ave**

Number       Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas, TX 75219**

City       State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Lawsuit**

**Is the claim subject to offset?**

☑ No
☐ Yes

**4.33** **Mid Evray, LLC**

Last 4 digits of account number ___ ___ ___ ___       **$700,000.00**

Nonpriority Creditor's Name

When was the debt incurred? _____

**6060 North Central Expressway Ste 770**

Number       Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas, TX 75206**

City       State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Lawsuit**

**Is the claim subject to offset?**

☑ No
☐ Yes

| Debtor 1 | **Eric** | **Todd** | **Little** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** | |
| | First Name | Middle Name | Last Name | |

## Part 2:  Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim

---

**4.34**

**Milestone**

Nonpriority Creditor's Name

**PO Box 96541**

Number          Street

**Charlotte, NC 28296**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **4   5   1   6**

**When was the debt incurred?**          **04/2025**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit card purchases**

**$198.39**

---

**4.35**

**Multicon Services, LLC**

Nonpriority Creditor's Name

**4811 Merlot Ave Unit 150**

Number          Street

**Grapevine, TX 76051**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Lawsuit**

**$120,855.37**

---

| | | | |
|---|---|---|---|
| Debtor 1 | **Eric** | **Todd** | **Little** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

---

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

| | Total claim |
|---|---|

### 4.36  National Credit Systems, Inc.
Nonpriority Creditor's Name

**Attn: Bankruptcy**

**P.O. Box 672288**
Number          Street

**Atlanta, GA 30006**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **0    0    7    4**

When was the debt incurred?    **7/1/2025**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Collection Attorney**

**$40,614.00**

### 4.37  Norman Regional
Nonpriority Creditor's Name

**PO Box 441188**
Number          Street

**Aurora, CO 80044**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **4    5    1    3**

When was the debt incurred?    **10/2023**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Medical Debt**

**$2,497.65**

---

| Debtor 1 | **Eric** | **Todd** | **Little** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** | |
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

---

**4.38**  **Norman Urology**

Nonpriority Creditor's Name

**PO Box 265**

Number          Street

**Norman, OK 73070**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **1**  **8**  **5**  **5**          $82.14

When was the debt incurred?          **07/2024**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Medical Debt**

---

**4.39**  **NRHS Radiology**

Nonpriority Creditor's Name

**PO Box 6070**

Number          Street

**Columbus, GA 31917**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **1**  **7**  **5**  **6**          $37.00

When was the debt incurred?          **02/2024**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Medical Debt**

---

| Debtor 1 | **Eric** | **Todd** | **Little** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** | |
| | First Name | Middle Name | Last Name | |

---

**Part 2:**  **Your NONPRIORITY Unsecured Claims — Continuation Page**

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.40**

**NTTA**
Nonpriority Creditor's Name

**PO Box 660244**
Number          Street

**Dallas, TX 75266**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **7**  **9**  **6**  **3**

When was the debt incurred?          **01/2025**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Other Debt**

$235.77

**4.41**

**NTTA**
Nonpriority Creditor's Name

**PO Box 660244**
Number          Street

**Dallas, TX 75266**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **9**  **1**  **4**

When was the debt incurred?          **01/2025**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Other Debt**

$547.08

| | | | | | |
|---|---|---|---|---|---|
| Debtor 1 | **Eric** | **Todd** | **Little** | Case number *(if known)* _____ | |
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** | | |
| | First Name | Middle Name | Last Name | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

---

**4.42**   **NTTA**

Nonpriority Creditor's Name

**PO Box 660244**

Number          Street

**Dallas, TX 75266**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **6   7   9   7**          $603.62

**When was the debt incurred?**          **01/2025**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Other Debt**

---

**4.43**   **Onemain**

Nonpriority Creditor's Name

**PO Box 981037**

Number          Street

**Boston, MA 02298**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **5   2   4   4**          $4,566.14

**When was the debt incurred?**          **04/2025**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit card purchases**

---

| Debtor 1 | **Eric** | **Todd** | **Little** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** | | |
| | First Name | Middle Name | Last Name | | |

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

### 4.44  OTA PlatePay

Nonpriority Creditor's Name

**PO Box 248935**

Number          Street

**Oklahoma City, OK 73124**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   6   7   2   9

**When was the debt incurred?**          01/2025

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Other Debt**

**Total claim** $82.88

### 4.45  Performance Living, LLC

Nonpriority Creditor's Name

**1010 Travis Street Ste 900**

Number          Street

**Houston, TX 77002**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**   __ __ __ __

**When was the debt incurred?**          _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Lawsuit**

**Total claim** $300,398.58

| Debtor 1 | **Eric** | **Todd** | **Little** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** | |
| | First Name | Middle Name | Last Name | |

**Part 2:**    **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    **Total claim**

**4.46**   **Pro-Tec Electric Corporation**
Nonpriority Creditor's Name

**3321 Suffolk Drive Ste 104**
Number    Street

**Fort Worth, TX 76133**
City   State   ZIP Code

Last 4 digits of account number __ __ __ __

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Lawsuit**

**Total claim: $44,402.90**

**4.47**   **Quick Funding Group, LLC**
Nonpriority Creditor's Name

**99 W Hawthorne Ave**
Number    Street

**Valley Stream, NY 11580**
City   State   ZIP Code

Last 4 digits of account number __ __ __ __

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Lawsuit**

**Total claim: $241,441.14**

| Debtor 1 | **Eric** | **Todd** | **Little** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** | |
| | First Name | Middle Name | Last Name | |

---

**Part 2:**    **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    Total claim

---

**4.48**    **Radiology Associates**

Nonpriority Creditor's Name

**PO Box 1723**

Number        Street

**Indianapolis, IN 46206**

City            State        ZIP Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **6  7  7  2**        $26.20

When was the debt incurred?        **04/2024**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Medical Debt**

---

**4.49**    **Richfield Properties**

Nonpriority Creditor's Name

**2140 E Southlake Blvd, STE L-559**

Number        Street

**Southlake, TX 76092**

City            State        ZIP Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___        $24,000.00

When was the debt incurred?        _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Other Debt**

---

| Debtor 1 | **Eric** | **Todd** | **Little** | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| Debtor 2 | **Rhonda** | **Michelle** | **Little** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

**Total claim**

---

**4.50**    **Royal Homestar**                                          **$314.58**

Nonpriority Creditor's Name

**PO Box 748850**

Number          Street

**Los Angeles, CA 90074**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **5    6    7    2**

When was the debt incurred?              **01/2025**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Medical Debt**

---

**4.51**    **Surge**                                                   **$703.89**

Nonpriority Creditor's Name

**PO Box 6812**

Number          Street

**Carol Stream, IL 60197**

City          State          ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **2    6    5    4**

When was the debt incurred?              **04/2025**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Credit card purchases**

---

| Debtor 1 | **Eric** | **Todd** | **Little** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** | |
| | First Name | Middle Name | Last Name | |

**Part 2:** **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**4.52** | **Synchrony/PayPal Credit**

Nonpriority Creditor's Name

**Attn: Bankruptcy**

**PO Box 965060**

Number          Street

**Orlando, FL 32896-5060**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **6  6  7  2**

When was the debt incurred?    **7/23/2012**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Lawsuit**

**$5,256.00**

---

**4.53** | **Tejas Specialty Concrete Coatings, LLC**

Nonpriority Creditor's Name

**8920 Point 6 Cir**

Number          Street

**Houston, TX 77095**

City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Lawsuit**

**$70,530.00**

---

| | | | |
|---|---|---|---|
| Debtor 1 | **Eric** | **Todd** | **Little** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

---

**4.54**

**Texas Medicine Resources**
Nonpriority Creditor's Name

**PO Box 9168**
Number            Street

**Coral Springs, FL 33065**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **9   3   6   7**

When was the debt incurred?         **09/2023**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Medical Debt**

**$1,566.00**

---

**4.55**

**Texas Oncology**
Nonpriority Creditor's Name

**PO Box 732175**
Number            Street

**Dallas, TX 75373**
City          State          ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **4   1   8   8**

When was the debt incurred?         **01/2025**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Medical Debt**

**$1,169.79**

---

| Debtor 1 | **Eric** | **Todd** | **Little** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** | | |
| | First Name | Middle Name | Last Name | | |

**Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.    Total claim

---

**4.56**    **Texas Radiology Associates**    Last 4 digits of account number    **4    3    2    6**    $1,612.00

Nonpriority Creditor's Name

**PO Box 3368**    When was the debt incurred?    **08/2023**

Number        Street

**Indianapolis, IN 46206**    As of the date you file, the claim is: Check all that apply.

City        State        ZIP Code

Who incurred the debt? Check one.

☐ Debtor 1 only    ☐ Contingent
☐ Debtor 2 only    ☐ Unliquidated
☑ Debtor 1 and Debtor 2 only    ☐ Disputed
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**    Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes    ☑ Other. Specify    **Medical Debt**

---

**4.57**    **U.S. Bank**    Last 4 digits of account number    **5    8    3**    $435.89

Nonpriority Creditor's Name

**PO Box 790408**    When was the debt incurred?    **04/2025**

Number        Street

**St. Louis, MO 63179**    As of the date you file, the claim is: Check all that apply.

City        State        ZIP Code

Who incurred the debt? Check one.

☐ Debtor 1 only    ☐ Contingent
☐ Debtor 2 only    ☐ Unliquidated
☑ Debtor 1 and Debtor 2 only    ☐ Disputed
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**    Type of NONPRIORITY unsecured claim:

☐ Student loans

Is the claim subject to offset?    ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No    ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes    ☑ Other. Specify    **Credit card purchases**

---

| Debtor 1 | **Eric** | **Todd** | **Little** | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | **Rhonda** | **Michelle** | **Little** | |
| | First Name | Middle Name | Last Name | |

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| 1 | **Andrew Myers, P.C.** | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|---|
| | Name | Line **4.1** of *(Check one):* |
| | **919 Congress Ave., Suite 1050** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| | Number        Street | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | | **Last 4 digits of account number**    ___ ___ ___ ___ |
| | **Austin, TX 78701** | |
| | City        State        ZIP Code | |

| Debtor 1 | **Eric** | **Todd** | **Little** | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** | |
| | First Name | Middle Name | Last Name | |

**Part 4:**    **Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

|  | | | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. $0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. $0.00 |

|  | | | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $2,997,556.99 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. $2,997,556.99 |

Fill in this information to identify your case:

| Debtor 1 | **Eric** | **Todd** | **Little** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern** District of **Texas**

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Goodleap, LLC** | Contract to be ASSUMED. Debtors to retain and pay according to the original contract. |
| | Name | |
| | **8781 Sierra College Blvd** | |
| | Number          Street | |
| | **Roseville, CA 95661** | |
| | City          State          ZIP Code | |
| 2.2 | | |
| | Name | |
| | Number          Street | |
| | City          State          ZIP Code | |
| 2.3 | | |
| | Name | |
| | Number          Street | |
| | City          State          ZIP Code | |
| 2.4 | | |
| | Name | |
| | Number          Street | |
| | City          State          ZIP Code | |

Fill in this information to identify your case:

| Debtor 1 | **Eric** | **Todd** | **Little** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ **Northern** _____ District of _____ **Texas** _____

Case number _____
(if known)

☐ Check if this is an
amended filing

<u>Official Form 106H</u>

# Schedule H: Your Codebtors
12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
   
   ☐ No
   ☑ Yes. In which community state or territory did you live? _____ **Texas** _____. Fill in the name and current address of that person.
   
   **Little, Rhonda Michelle**
   Name of your spouse, former spouse, or legal equivalent
   **8124 Sandhill Crane**
   Number          Street
   **Fort Worth, TX 76118**
   City          State          ZIP Code
   
   ☑ Yes. In which community state or territory did you live? _____ **Texas** _____. Fill in the name and current address of that person.
   
   **Little, Eric Todd**
   Name of your spouse, former spouse, or legal equivalent
   **8124 Sandhill Crane**
   Number          Street
   **Fort Worth, TX 76118**
   City          State          ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D),** *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F*, or *Schedule G* to fill out Column 2.

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1**   **Crimson Building Company, LLC** | ☐ Schedule D, line _____ |
| Name | ☑ Schedule E/F, line |
| **1705 Forest Ridge** | **4.1, 4.3, 4.5, 4.8, 4.9, 4.11, 4.12, 4.15, 4.25, 4.31,** |
| Number          Street | **4.32, 4.33, 4.35, 4.45, 4.46, 4.47, 4.49, 4.53** |
| **Bedford, TX 76022** | |
| City          State          ZIP Code | ☐ Schedule G, line _____ |

| Debtor 1 | **Eric** | **Todd** | **Little** | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Debtor 2 | **Rhonda** | **Michelle** | **Little** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

Additional Page to List More Codebtors

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

3.2

Name

☐ Schedule D, line _____

☐ Schedule E/F, line _____

Number          Street

☐ Schedule G, line _____

City                    State                    ZIP Code

Official Form 106H                    **Schedule H: Codebtors**                    page _2_ of _2_

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Eric** | **Todd** | **Little** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern** District of **Texas**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.** | | |
| | If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| | Include part-time, seasonal, or self-employed work. | **Occupation** | **VP Urban And Community Projects** | **Merchandiser** |
| | Occupation may include student or homemaker, if it applies. | **Employer's name** | **New Path Construction and Consulting LLC** | **American Greetings** |
| | | **Employer's address** | **1 Illinois Street, Suite 285**<br>Number     Street | **One American Blvd**<br>Number     Street |
| | | | **St. Charles, IL 60174**<br>City     State     ZIP Code | **Cleveland, OH 44145**<br>City     State     ZIP Code |
| | | **How long employed there?** | **11 months** | **6 months** |

| Part 2: | Give Details About Monthly Income |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| Debtor 1 | **Eric** | **Todd** | **Little** | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Debtor 2 | **Rhonda** | **Michelle** | **Little** | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $9,294.87 | $2,071.66 |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $0.00 | + $0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $9,294.87 | $2,071.66 |

| Debtor 1 | **Eric** | **Todd** | **Little** | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** | |
| | First Name | Middle Name | Last Name | |

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| | Copy line 4 here.........................................................➔ | 4. | **$9,294.87** | **$2,071.66** |
| 5. | List all payroll deductions: | | | |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | **$1,648.16** | **$158.49** |
| 5b. | Mandatory contributions for retirement plans | 5b. | **$0.00** | **$0.00** |
| 5c. | Voluntary contributions for retirement plans | 5c. | **$278.85** | **$0.00** |
| 5d. | Required repayments of retirement fund loans | 5d. | **$0.00** | **$0.00** |
| 5e. | Insurance | 5e. | **$0.00** | **$0.00** |
| 5f. | Domestic support obligations | 5f. | **$0.00** | **$0.00** |
| 5g. | Union dues | 5g. | **$0.00** | **$0.00** |
| 5h. | Other deductions. Specify: _____ | 5h. + | **$0.00** + | **$0.00** |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | **$1,927.01** | **$158.49** |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | **$7,367.86** | **$1,913.17** |
| 8. | List all other income regularly received: | | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | **$0.00** | **$0.00** |
| 8b. | Interest and dividends | 8b. | **$0.00** | **$0.00** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | **$0.00** | **$0.00** |
| 8d. | Unemployment compensation | 8d. | **$0.00** | **$1,448.00** |
| 8e. | Social Security | 8e. | **$0.00** | **$0.00** |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | **$0.00** | **$0.00** |
| 8g. | Pension or retirement income | 8g. | **$0.00** | **$0.00** |
| 8h. | Other monthly income. Specify: _____ | 8h. + | **$0.00** + | **$0.00** |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | **$0.00** | **$1,448.00** |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | **$7,367.86** + | **$3,361.17** = **$10,729.03** |

11. State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____ 11. + **$0.00**

| Debtor 1 | **Eric** | **Todd** | **Little** | Case number *(if known)* |
|---|---|---|---|---|
| Debtor 2 | **Rhonda** | **Michelle** | **Little** | |
| | First Name | Middle Name | Last Name | |

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies

12. $10,729.03

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain:

| Debtor 1 | **Eric** | **Todd** | **Little** | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| Debtor 2 | **Rhonda** | **Michelle** | **Little** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

1. **Fill in your employment information.** *Continued.*

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Occupation | | Self checkout/front end team member |
| Employer's name | | Walmart |
| Employer's address | | Inc., 702 S.W. 8th St. |
| | Number     Street | Number     Street |
| | | |
| | City     State     ZIP Code | Bentonville, AR 72716 |
| | | City     State     ZIP Code |
| How long employed there? | | 1 month |

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | **Eric** | **Todd** | **Little** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Northern District of Texas** | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ☑ Yes. **Does Debtor 2 live in a separate household?**

   ☑ No

   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No

   ☑ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Child | 20 | ☐ No.  ☑ Yes. |
| Child | 19 | ☐ No.  ☑ Yes. |
| | | ☐ No.  ☐ Yes. |
| | | ☐ No.  ☐ Yes. |
| | | ☐ No.  ☐ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4.   $1,651.34 |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a.   $1,000.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b.   $500.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c.   $100.00 |
| 4d. | Homeowner's association or condominium dues | 4d.   $33.00 |

| Debtor 1 | **Eric** | **Todd** | **Little** |
|---|---|---|---|
| Debtor 2 | **Rhonda** | **Michelle** | **Little** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

|  | | **Your expenses** |
|---|---|---|
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $0.00 |
| 6. | Utilities: | |
| | 6a. Electricity, heat, natural gas | 6a. $350.00 |
| | 6b. Water, sewer, garbage collection | 6b. $100.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $250.00 |
| | 6d. Other. Specify: **Amazon Prime Video $20.00/Internet $70.00/Netflix $30.00/Disney Plus $30.00/Atmos $50.00/Alert360 $40.00/Audible $20** | 6d. $260.00 |
| 7. | Food and housekeeping supplies | 7. $1,200.00 |
| 8. | Childcare and children's education costs | 8. $0.00 |
| 9. | Clothing, laundry, and dry cleaning | 9. $50.00 |
| 10. | Personal care products and services | 10. $200.00 |
| 11. | Medical and dental expenses | 11. $0.00 |
| 12. | Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $400.00 |
| 13. | Entertainment, clubs, recreation, newspapers, magazines, and books | 13. $200.00 |
| 14. | Charitable contributions and religious donations | 14. $0.00 |
| 15. | Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a. Life insurance | 15a. $100.00 |
| | 15b. Health insurance | 15b. $0.00 |
| | 15c. Vehicle insurance | 15c. $1,313.00 |
| | 15d. Other insurance. Specify: | 15d. $0.00 |
| 16. | Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $0.00 |
| 17. | Installment or lease payments: | |
| | 17a. Car payments for Vehicle 1 **2020 Kia Telluride** | 17a. $616.28 |
| | 17b. Car payments for Vehicle 2 **2024 Ford Bronco** | 17b. $579.89 |
| | 17c. Other. Specify: **GoodLeap** | 17c. $235.00 |
| | 17d. Other. Specify: | 17d. $0.00 |
| 18. | Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I). | 18. $0.00 |
| 19. | Other payments you make to support others who do not live with you. Specify: | 19. $0.00 |
| 20. | Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.* | |
| | 20a. Mortgages on other property | 20a. $0.00 |
| | 20b. Real estate taxes | 20b. $0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $0.00 |

| Debtor 1 | **Eric** | **Todd** | **Little** | |
|---|---|---|---|---|
| Debtor 2 | **Rhonda** | **Michelle** | **Little** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

---

21.  **Other.** Specify: <u>See Additional Page</u>                      21.  +          $1,350.00

22.  **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.                      22a.          $10,488.51

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   22b.          $0.00

    22c. Add line 22a and 22b. The result is your monthly expenses.   22c.          $10,488.51

23.  **Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from *Schedule I.*   23a.          $10,729.03

    23b. Copy your monthly expenses from line 22c above.   23b.  −          $10,488.51

    23c. Subtract your monthly expenses from your monthly income.
        The result is your *monthly net income.*   23c.          $240.52

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.

| Debtor 1 | **Eric** | **Todd** | **Little** | |
|----------|----------|----------|-----------|--|
| Debtor 2 | **Rhonda** | **Michelle** | **Little** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

| | Amount |
|--|--------|
| **21. Other** | |
| Pool maintenance | $250.00 |
| Dependents' education expenses | $1,000.00 |
| Pet expenses | $100.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Eric** | **Todd** | **Little** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    **Northern District of Texas**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:    Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. ***Schedule A/B: Property*** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*............................................... | $635,701.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*.................................... | $106,450.74 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*............................................... | $742,151.74 |

### Part 2:    Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | $364,159.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................... | $0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.............................. | + $2,997,556.99 |
| **Your total liabilities** | $3,361,715.99 |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*...................................................................... | $10,729.03 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*................................................................................ | $10,488.51 |

| Debtor 1 | **Eric** | **Todd** | **Little** | |
|---|---|---|---|---|
| Debtor 2 | **Rhonda** | **Michelle** | **Little** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

---

**Part 4:** Answer These Questions for Administrative and Statistical Records

---

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

---

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

---

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

_____

---

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | _____ |
| 9d. Student loans. (Copy line 6f.) | _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + _____ |
| 9g. **Total**. Add lines 9a through 9f. | _____ |

---

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Eric** | **Todd** | **Little** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern District of Texas**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules                                12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Eric Todd Little**                          X **/s/ Rhonda Michelle Little**
Eric Todd Little, Debtor 1                            Rhonda Michelle Little, Debtor 2

Date **03/02/2026**                                 Date **03/02/2026**
     MM/ DD/ YYYY                                         MM/ DD/ YYYY

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Eric** | **Todd** | **Little** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern District of Texas**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☑ No

☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____<br>Number    Street | From _____<br>To _____ | _____<br>Number    Street | From _____<br>To _____ |
| _____<br>City           State   ZIP Code | | _____<br>City           State   ZIP Code | |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____<br>Number    Street | From _____<br>To _____ | _____<br>Number    Street | From _____<br>To _____ |
| _____<br>City           State   ZIP Code | | _____<br>City           State   ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No

☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | **Eric** | **Todd** | **Little** | |
|----------|----------|----------|------------|---|
| Debtor 2 | **Rhonda** | **Michelle** | **Little** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

---

**Part 2:** Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | **$23,076.92** | ☑ Wages, commissions, bonuses, tips | **$1,681.10** |
| | ☑ Operating a business | **$0.00** | ☑ Operating a business | **$0.00** |
| **For last calendar year:**<br>(January 1 to December 31, **2025** )<br>YYYY | ☑ Wages, commissions, bonuses, tips | **$73,771.54** | ☑ Wages, commissions, bonuses, tips | **$9,719.03** |
| | ☑ Operating a business | **$0.00** | ☑ Operating a business | **$0.00** |
| **For the calendar year before that:**<br>(January 1 to December 31, **2024** )<br>YYYY | ☑ Wages, commissions, bonuses, tips | **$139,189.00** | ☑ Wages, commissions, bonuses, tips | **$37,582.00** |
| | ☑ Operating a business | **$139,189.00** | ☑ Operating a business | **$0.00** |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____ | _____ | _____ | _____ |
| **For last calendar year:**<br>(January 1 to December 31, **2025** )<br>YYYY | _____ | _____ | **Unemployment Income** | **$6,553.00** |
| **For the calendar year before that:**<br>(January 1 to December 31, **2024** )<br>YYYY | _____ | _____ | _____ | _____ |

| | | |
|---|---|---|
| Debtor 1 | **Eric** **Todd** | **Little** |
| Debtor 2 | **Rhonda** **Michelle** | **Little** |
| | First Name   Middle Name | Last Name |

Case number *(if known)* _____

---

**Part 3:**  List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☑ No. Go to line 7.

☐ Yes.   List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes.   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| _____ Creditor's Name | _____ | _____ | _____ | ☐ Mortgage |
| | | | | ☐ Car |
| _____ Number    Street | _____ | | | ☐ Credit card |
| | | | | ☐ Loan repayment |
| _____ | _____ | | | ☐ Suppliers or vendors |
| _____ City        State    ZIP Code | | | | ☐ Other _____ |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| _____ Insider's Name | _____ | _____ | _____ | |
| _____ Number    Street | _____ | | | |
| _____ | | | | |
| _____ City        State    ZIP Code | | | | |

| Debtor 1 | **Eric** | **Todd** | **Little** |
|---|---|---|---|
| Debtor 2 | **Rhonda** | **Michelle** | **Little** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| Insider's Name | _____ | _____ | _____ | |
| Number    Street | _____ | | | |
| City          State    ZIP Code | _____ | | | |

---

**Part 4:** Identify Legal Actions, Repossessions, and Foreclosures

---

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☑ Yes. Fill in the details.

| | | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| Case title | **Synchrony Bank v. Rhonda Little** | **Civil Case** | **County Court at Law No. 2**<br>Court Name<br>**100 W. Weatherford St. Room 250**<br>Number    Street<br>**Fort Worth, TX 76196**<br>City                State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | **2025-007132-2** | | | |
| Case title | **Alliance Trucking, LP v. Skyview at Crawford, LLC, D H Colt Construction Group, LLC, Crimson Building Company LLC, and Eric Little** | **Civil Case** | **Tarrant County - 153rd District Court**<br>Court Name<br>**Tom Vandergriff Civil Courts Bldg, 3rd Floor**<br>**100 North Calhoun Street**<br>Number    Street<br>**Fort Worth, TX 76196**<br>City                State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number | **153-344995-23** | | | |

| Debtor 1 | Eric | Todd | Little | |
|----------|------|------|--------|---|
| Debtor 2 | Rhonda | Michelle | Little | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Case title** CIP Paving, LLC v. Crimson Building Company, LLC, Eric Todd Little and PSW-White Rock Trail, LLC<br><br>Case number **DC-23-02106** | **Civil Case** | **44th District Court**<br>Court Name<br>**Commerce St 5th Floor**<br>Number    Street<br>**Dallas, TX 75202**<br>City            State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **Case title** Fitzhugh Ave Investments II, LLC v. Crimson Building Company, LLC, et al<br><br>Case number **DC-25-02553** | **Civil Case** | **191st Civil District Court**<br>Court Name<br>**600 Commerce St #691**<br>Number    Street<br>**Dallas, TX 75202**<br>City            State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case title** Performance Living, LLC v. Crimson Building Company, LLC, Eric Little, Chad Little, Kyle Hege and Chet Farnsworth<br><br>Case number **DC-19-03021** | **Civil Case** | **191st Civil District Court**<br>Court Name<br>**600 Commerce St #691**<br>Number    Street<br>**Dallas, TX 75202**<br>City            State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **Case title** Tejas Specialty Concrete Coatings, LLC v. Crimson Building Company, LLC; Skyview at Crawford, LLC; and, Eric Todd Little<br><br>Case number **096-367576-25** | **Civil Case** | **96th District Court-Tarrant County**<br>Court Name<br>**100 N Calhoun St**<br>Number    Street<br>**Fort Worth, TX 76196**<br>City            State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case title** Mid Ervay, LLC v. Crimson Building Company, LLC<br><br>Case number **DC-25-16482** | **Civil Case** | **160th District Court**<br>Court Name<br>**600 Commerce St #640**<br>Number    Street<br>**Dallas, TX 75202**<br>City            State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case title** Melrose Heights Phase II Condominium Owners Association, Inc, vs. UG Bowser LLC, Urban Genesis, LLC, Crimson Building Company, LLC and Accurate Exteriors, LLC<br><br>Case number **DC-24-09930** | **Civil Case** | **193rd District Court of Dallas County, Texas**<br>Court Name<br><br>Number    Street<br><br>City            State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

| Debtor 1 | Eric | Todd | Little | |
|----------|------|------|--------|--|
| Debtor 2 | Rhonda | Michelle | Little | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| Case title | Nature of the case | Court or agency | Status of the case |
|-----------|-------------------|-----------------|-------------------|
| **American Express National Bank v. Crimson Builders a/k/a Crimson Builder Company LLC and Eric Little** <br><br> Case number **096-325250-21** | **Civil Case** | **96th District Court-Tarrant County** <br> Court Name <br> **100 N Calhoun St** <br> Number    Street <br> **Fort Worth, TX 76196** <br> City               State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| **Arbo Apartment Group I, LLC v. Crimson Building Company, LLC, and Eric Todd Little** <br><br> Case number **048-341991-23** | **Civil Case** | **48th District Court of Tarrant County, Texas** <br> Court Name <br> **100 N Calhoun St** <br> Number    Street <br> **Fort Worth, TX 76196** <br> City               State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Pro-Tec Electric Corporation v. Crimson Building Company, LLC, Eric Todd Little, et al** <br><br> Case number **067-361291-25** | **Civil Case** | **67th District Court-Tarrant County** <br> Court Name <br> **100 N. Calhoun** <br> Number    Street <br> **Fort Worth, TX 76196** <br> City               State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Century Insurance Agency, Inc. v. Crimson Building Company, LLC** <br><br> Case number **141-362313-25** | **Civil Case** | **141st District Court-Tarrant County** <br> Court Name <br> **100 North Calhoun Street 3rd floor** <br> Number    Street <br> **Fort Worth, TX 76196** <br> City               State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Multicon Services, LLC v. Crimson Building Company, LLC; Eric T. Little; PMA FW Presidio LLC; and Christopher E. Ray** <br><br> Case number **048-326021-21** | **Civil Case** | **48th District Court of Tarrant County, Texas** <br> Court Name <br> **100 N Calhoun St** <br> Number    Street <br> **Fort Worth, TX 76196** <br> City               State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| **Quick Funding Group, LLC v. Crimson Building Company, LLC and Eric Todd Little** <br><br> Case number **24-6142030** | **Civil Case** | **Judicial District of New Haven** <br> Court Name <br> **235 Church St.** <br> Number    Street <br> **New Haven, CT 06510** <br> City               State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

| | | | |
|---|---|---|---|
| Debtor 1 | **Eric** | **Todd** | **Little** |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

---

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

| Describe the property | Date | Value of the property |
|---|---|---|
| | _____ | _____ |

_____
Creditor's Name

_____
Number    Street

| Explain what happened |
|---|
| ☐ Property was repossessed. |

_____

_____
City              State    ZIP Code

☐ Property was foreclosed.
☐ Property was garnished.
☐ Property was attached, seized, or levied.

---

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|
| | _____ | _____ |

_____
Creditor's Name

_____
Number    Street

_____
City              State    ZIP Code

Last 4 digits of account number: XXXX– __ __ __ __

---

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

---

**Part 5:**  List Certain Gifts and Contributions

---

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

| Debtor 1 | **Eric** | **Todd** | **Little** | |
|---|---|---|---|---|
| Debtor 2 | **Rhonda** | **Michelle** | **Little** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____ | | _____ | _____ |
| Person to Whom You Gave the Gift | | _____ | _____ |
| _____ | | | |
| _____ | | | |
| Number      Street | | | |
| _____ | | | |
| City                State     ZIP Code | | | |

Person's relationship to you _____

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____ | | _____ | _____ |
| Charity's Name | | _____ | _____ |
| _____ | | | |
| _____ | | | |
| Number      Street | | | |
| _____ | | | |
| City               State    ZIP Code | | | |

| Part 6: | List Certain Losses |
|---|---|

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | _____ |

| | | | |
|---|---|---|---|
| Debtor 1 | **Eric** | **Todd** | **Little** |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

| **Part 7:** | List Certain Payments or Transfers |
|---|---|

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Norred Law, PLLC** | **Attorney's Fee** | | |
| Person Who Was Paid | | | |
| **515 E. Border** | | **10/18/2025** | **$3,500.00** |
| Number    Street | | | |
| | | | |
| **Arlington, TX 76010** | | | |
| City    State    ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No

☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| | | | |
| Number    Street | | _____ | _____ |
| | | _____ | _____ |
| | | | |
| City    State    ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No

☐ Yes. Fill in the details.

| Debtor 1 | **Eric** | **Todd** | **Little** | |
|---|---|---|---|---|
| Debtor 2 | **Rhonda** | **Michelle** | **Little** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | _____ |
| Number    Street | | | |
| City          State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**
(These are often called *asset-protection devices*.)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Name of Financial Institution** _____ | **XXXX–** ___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | _____ | _____ |
| **Number    Street** _____ | | | | |
| **City          State    ZIP Code** | | | | |

| Debtor 1 | **Eric** | **Todd** | **Little** | |
|---|---|---|---|---|
| Debtor 2 | **Rhonda** | **Michelle** | **Little** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| | | | ☐ Yes |
| _____ Name of Financial Institution | _____ Name | | |
| _____ Number    Street | _____ Number    Street | | |
| _____ City          State    ZIP Code | _____ City          State    ZIP Code | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No |
| | | | ☐ Yes |
| _____ Name of Storage Facility | _____ Name | | |
| _____ Number    Street | _____ Number    Street | | |
| _____ City          State    ZIP Code | _____ City          State    ZIP Code | | |

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

| Debtor 1 | **Eric** | **Todd** | **Little** |
|----------|----------|----------|------------|
| Debtor 2 | **Rhonda** | **Michelle** | **Little** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name | | | |
| | Number    Street | | |
| Number    Street | | | |
| | City          State    ZIP Code | | |
| City          State    ZIP Code | | | |

---

## Part 10:   Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number    Street | Number    Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| Debtor 1 | **Eric** | **Todd** | **Little** | |
|----------|----------|----------|------------|---|
| Debtor 2 | **Rhonda** | **Michelle** | **Little** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |
| Name of site | Governmental unit | | |
| | | | |
| Number   Street | Number   Street | | |
| | | | |
| | City   State   ZIP Code | | |
| City   State   ZIP Code | | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ | | | ☐ Pending |
| | Court Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |
| | Number   Street | | |
| Case number | City   State   ZIP Code | | |

---

**Part 11:**  Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **Crimson Building Company, LLC (defunct)**<br>Name | **Consulting services** | EIN:  3  0  –  0  6  8  8  1  7  0 |
| | Name of accountant or bookkeeper | Dates business existed |
| **1705 Forest Ridge**<br>Number   Street | | From  06/10/2011  To 12/31/2024 |
| **Bedford, TX 76022**<br>City   State   ZIP Code | | |

| | | |
|---|---|---|
| Debtor 1 | **Eric** | **Todd** | **Little** |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

| | Date issued |
|---|---|
| _____ | _____ |
| **Name** | **MM / DD / YYYY** |
| _____ | |
| **Number    Street** | |
| _____ | |
| _____ | |
| **City            State    ZIP Code** | |

## Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** /s/ Eric Todd Little                    **X** /s/ Rhonda Michelle Little
Signature of Eric Todd Little, Debtor 1          Signature of Rhonda Michelle Little, Debtor 2

Date 03/02/2026                          Date 03/02/2026

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____    Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Eric** | **Todd** | **Little** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Rhonda** | **Michelle** | **Little** |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7    **12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

| **Part 1:** | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Selene Finance** <br><br> Description of property securing debt: **Home** **8124 Sandhill Crane Fort Worth, TX 76118** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☑ Retain the property and enter into a *Reaffirmation Agreement*. <br> ☐ Retain the property and [explain]: | ☐ No <br> ☑ Yes |
| Creditor's name: **Wells Fargo** <br><br> Description of property securing debt: **2020 Kia Telluride** **Valuation by NADA** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☑ Retain the property and enter into a *Reaffirmation Agreement*. <br> ☐ Retain the property and [explain]: | ☐ No <br> ☑ Yes |

| Debtor 1 | Eric | Todd | Little |
|---|---|---|---|
| Debtor 2 | Rhonda | Michelle | Little |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

---

### ■ Additional Page for Part 1

| | | | |
|---|---|---|---|
| Creditor's name: | **Ally Bank** | ☐ Surrender the property. | ☐ No |
| | | ☐ Retain the property and redeem it. | ☑ Yes |
| Description of property securing debt: | **2024 Ford Bronco** **Valuation by NADA** | ☑ Retain the property and enter into a *Reaffirmation Agreement.* | |
| | | ☐ Retain the property and [explain]: | |

| | | | |
|---|---|---|---|
| Creditor's name: | **GoodLeap LLC** | ☐ Surrender the property. | ☑ No |
| | | ☐ Retain the property and redeem it. | ☐ Yes |
| Description of property securing debt: | **Solar panels** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | |
| | | ☑ Retain the property and [explain]: **pay according to the original contract.** | |

| Debtor 1 | **Eric** | **Todd** | **Little** | |
|---|---|---|---|---|
| Debtor 2 | **Rhonda** | **Michelle** | **Little** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

## Part 2:  List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:  Goodleap, LLC | ☐ No<br>☑ Yes |
| Description of leased property:  Contract to be ASSUMED. Debtors to retain and pay according to the original contract. | |
| Lessor's name: | ☐ No<br>☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No<br>☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No<br>☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No<br>☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No<br>☐ Yes |
| Description of leased property: | |
| Lessor's name: | ☐ No<br>☐ Yes |
| Description of leased property: | |

## Part 3:  Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

**X** /s/ Eric Todd Little _____    **X** /s/ Rhonda Michelle Little _____
Signature of Debtor 1                     Signature of Debtor 2

Date  **03/02/2026** _____            Date  **03/02/2026** _____
　　　MM/  DD/  YYYY                      　　　MM/  DD/  YYYY

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Northern District of Texas

**In re**    Little, Eric Todd

       Little, Rhonda Michelle            Case No. _____

**Debtor**                                   Chapter _____**7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ...................................................................................   **$3,500.00**

    Prior to the filing of this statement I have received ........................................................................   **$3,500.00**

    Balance Due ..............................................................................................................................   **$0.00**

2.   The source of the compensation paid to me was:

    ☑ Debtor           ☐ Other (specify)

3.   The source of compensation to be paid to me is:

    ☑ Debtor           ☐ Other (specify)

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

    a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation of the debtor in an adversary proceeding and any post-petition disputes or activities that arise from the filing of the case. The attorney-client service and fee agreement entered into by the parties is incorporated here by reference. To the extent this disclosure conflicts with the service and fee agreement, the service and fee agreement will control.

B2030 (Form 2030) (12/25)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 03/02/2026 | /s/ Clayton L. Everett |
|---|---|
| Date | Clayton L. Everett |
| | *Signature of Attorney* |

Bar Number: 24065212
Norred Law, PLLC
Norred Law, PLLC
515 E. Border
Arlington, TX 76010
Phone: (817) 704-3984

**Norred Law, PLLC**
*Name of law firm*

**Fill in this information to identify your case:**

| Debtor 1 | **Eric** | **Todd** | **Little** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Northern District of Texas**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 122A-1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)   12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

### Part 1:   Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition* (Official Form 101).

   ☑ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes.   Go to Part 2.

### Part 2:   Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.   Go to line 3.

   ☐ Yes.   Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1)); 32 U.S.C. § 901(1).

      ☐ No.   Go to line 3.

      ☐ Yes.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.   Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.   Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

      ☐ No.   Complete Form 122A-1. Do not submit this supplement.

      ☐ Yes.   Check any one of the following categories that applies:

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

         ☐ **I am performing a homeland defense activity for at least 90 days.**

         ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

> If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now*, and sign Part 3. Then submit this supplement with the signed Official Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
>
> If your exclusion period ends before your case is closed, you may have to file an amended form later

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Eric** | **Todd** | **Little** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Rhonda** | **Michelle** | **Little** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Northern District of Texas** | |
| Case number (if known) | | | |

Check one box only as directed in this form and in Form 122A-1Supp:

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A-1

# Chapter 7 Statement of Your Current Monthly Income                         12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

### Part 1:  Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

   ☐ **Living in the same household and are not legally separated.** Fill out both Column A and B, lines 2-11.

   ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | *Column A*<br>**Debtor 1** | *Column B*<br>**Debtor 2 or<br>non-filing spouse** |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | _____ | _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | _____ | _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | _____ | _____ |

5. **Net income from operating a business, profession, or farm**

   |  | Debtor 1 | Debtor 2 |
   |---|---|---|
   | Gross receipts (before all deductions) | _____ | _____ |
   | Ordinary and necessary operating expenses | - _____ | - _____ |
   | Net monthly income from a business, profession, or farm | [____] | [____] Copy here → |

   | | | _____ | _____ |
   |---|---|---|---|

6. **Net income from rental and other real property**

   |  | Debtor 1 | Debtor 2 |
   |---|---|---|
   | Gross receipts (before all deductions) | _____ | _____ |
   | Ordinary and necessary operating expenses | - _____ | - _____ |
   | Net monthly income from rental or other real property | [____] | [____] Copy here → |

   | | | _____ | _____ |
   |---|---|---|---|

7. **Interest, dividends, and royalties**                                     _____     _____

| Debtor 1 | Eric | Todd | Little | |
|---|---|---|---|---|
| Debtor 2 | Rhonda | Michelle | Little | |
| | First Name | Middle Name | Last Name | Case number *(if known)* |

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**8. Unemployment compensation**

Do not enter the amount if you contend that the amount received was a benefit under

the Social Security Act. Instead, list it here: ................................................... ↓

For you......................................................................

For your spouse....................................................

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

Total amounts from separate pages, if any.    + _____    + _____

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.    _____  +  _____  =  _____

**Total current monthly income**

---

| **Part 2:** | Determine Whether the Means Test Applies to You |
|---|---|

**12. Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11...................................................................    **Copy line 11 here →** _____

Multiply by 12 (the number of months in a year).    **x 12**

12b. The result is your annual income for this part of the form.    12b. _____

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    _____

Fill in the number of people in your household.    _____

Fill in the median family income for your state and size of household.................................................................................    13. _____
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A–2.

---

| Debtor 1 | Eric | Todd | Little | |
|---|---|---|---|---|
| Debtor 2 | Rhonda | Michelle | Little | Case number *(if known)* |
| | First Name | Middle Name | Last Name | |

**Part 3:    Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X  **/s/ Eric Todd Little**                                        X  **/s/ Rhonda Michelle Little**

Signature of Debtor 1                                          Signature of Debtor 2

Date  **03/02/2026**                                              Date  **03/02/2026**

    MM/  DD/  YYYY                                              MM/  DD/  YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE: **Little, Eric Todd**
      **Little, Rhonda Michelle**

CASE NO

CHAPTER **7**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   **03/02/2026**   Signature         **/s/ Eric Todd Little**
                                        Eric Todd Little, Debtor

Date   **03/02/2026**   Signature         **/s/ Rhonda Michelle Little**
                                        Rhonda Michelle Little, Joint Debtor

Alliance Trucking, LP
721 111th Street
Arlington, TX 76011

Ally Bank
PO Box 8127
Cockeysville, MD 21030

Amazon Chase
PO Box 1423
Charlotte, NC 28201

American Express National
Bank
43 Butterfield Circle
El Paso, TX 79906

Ameripath
PO Box 740976
Cincinnati, OH 45274

Andrew Myers, P.C.
919 Congress Ave., Suite 1050
Austin, TX 78701

ARBO Apartment Group
1501 S Mopac Expy Ste 220
Austin, TX 78746

Attorney General
Main Justice Bldg, Room 5111
10th & Constitution Ave., N.W.
Washington, DC 20530

Rick Barnes-Tax Assessor
100 E. Weatherford Street
Fort Worth, TX 76196

Brackett & Ellis
100 Main St.
Fort Worth, TX 76102

Brightway/onemain
PO Box 3316
Evansville, IN 47732

Capital One
PO Box 30281
Salt Lake City, UT 84130

Century Insurance Agency,
Inc.
3200 Long Prairie Rd Ste 200
Flower Mound, TX 75022

CIP Paving, LLC
4329 Reeder Dr
Carrollton, TX 75010

Citibank
PO Box 790046
Saint Louis, MO 63179

City Capital NY
164 20th St Suite 4E
Glendale, CA 91203

Civitas Capital/ Avid Living
LLC
1722 Routh St, STE 800
Dallas, TX 75201

Clinical Pathology
PO Box 141669
Austin, TX 78714

Corporation Service Company,
As Representative
PO Box 2576
Springfield, IL 62708

Credit One
PO Box 60500
City Of Industry, CA 91716

Credit One Bank
PO Box 60500
City Of Industry, CA 91716

Credit Systems International,
Inc
1277 Country Club Lane
Fort Worth, TX 76112

Crimson Building Company,
LLC
1705 Forest Ridge
Bedford, TX 76022

Destiny Concora Credit
PO Box 96541
Charlotte, NC 28296

Disney Chase
PO Box 1423
Charlotte, NC 28201

Fifth Third Bank
PO Box 63900
Cincinnati, OH 45263

Fitzhugh Ave Investments II,
LLC
8235 Douglas Ave. Suite 620
Dallas, TX 75225

Fortiva
PO Box 650847
Dallas, TX 75265

Gateway
PO Box 8404
Coral Springs, FL 33075

GoodLeap LLC
Attn: Bankruptcy Department
8781 Sierra College Blvd
Roseville, CA 95661

Goodleap, LLC
8781 Sierra College Blvd
Roseville, CA 95661

Hospitalist Medicine
PO Box 743522
Los Angeles, CA 90074

Hue
PO Box 2509
Omaha, NE 68103

IRS
PO Box 7346
Philadelphia, PA 19101

JPS Health
PO Box 916046
Fort Worth, TX 76191

Last Chance Funding Inc
411 Hempstead Turnpike
West Hempstead, NY 11552

LGBS
100 Throckmorton St # 300
Fort Worth, TX 76102

LGBS-Dallas
3500 Maple Ave Ste 800
Dallas, TX 75219

Melrose Heights Phase II
Condomium Owners
Association, Inc.
4545 Bowser Ave
Dallas, TX 75219

Mid Evray, LLC
6060 North Central Expressway Ste 770
Dallas, TX 75206

Milestone
PO Box 96541
Charlotte, NC 28296

Multicon Services, LLC
4811 Merlot Ave Unit 150
Grapevine, TX 76051

National Credit Systems, Inc.
Attn: Bankruptcy
P.O. Box 672288
Atlanta, GA 30006

Norman Regional
PO Box 441188
Aurora, CO 80044

Norman Urology
PO Box 265
Norman, OK 73070

NRHS Radiology
PO Box 6070
Columbus, GA 31917

NTTA
PO Box 660244
Dallas, TX 75266

Onemain
PO Box 981037
Boston, MA 02298

OTA PlatePay
PO Box 248935
Oklahoma City, OK 73124

Perdue Brandon Fielder
Collins and Mott LLP
500 E. Border #640
Arlington, TX 76010

Performance Living, LLC
1010 Travis Street Ste 900
Houston, TX 77002

Pro-Tec Electric Corporation
3321 Suffolk Drive Ste 104
Fort Worth, TX 76133

Quick Funding Group, LLC
99 W Hawthorne Ave
Valley Stream, NY 11580

Radiology Associates
PO Box 1723
Indianapolis, IN 46206

Richfield Properties
2140 E Southlake Blvd, STE L-559
Southlake, TX 76092

Royal Homestar
PO Box 748850
Los Angeles, CA 90074

Selene Finance
PO Box 660369
Dallas, TX 75266

State Comptroller
Revenue Accounting Division
PO Box 13528
Austin, TX 78711

Surge
PO Box 6812
Carol Stream, IL 60197

Synchrony/PayPal Credit
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Tax Division-US Department
of Justice
717 N. Harwood, Ste. 400
Dallas, TX 75201

Tejas Specialty Concrete
Coatings, LLC
8920 Point 6 Cir
Houston, TX 77095

Texas Alcoholic Bev. Comm.
Licenses and Permits Division
PO Box 13127
Austin, TX 78711

Texas Attorney General
BK-Collections Division
PO Box 12548
Austin, TX 78711

Texas Medicine Resources
PO Box 9168
Coral Springs, FL 33065

Texas Oncology
PO Box 732175
Dallas, TX 75373

Texas Radiology Associates
PO Box 3368
Indianapolis, IN 46206

Texas Workforce Comm.
TEC Building-Bankruptcy
101 E. 15th Street
Austin, TX 78778

U.S. Attorney-North
3rd. Floor, 1100 Commerce St.
Dallas, TX 75242

U.S. Bank
PO Box 790408
St. Louis, MO 63179

U.S. Trustee
1100 Commerce St., Rm 976
Dallas, TX 75242

Wells Fargo
6061 North State Hwy 161
Irving, TX 75038