NEW PATH CONSTRUCTION AND CONSULTING LLC    1207-4977
1 Illinois St Ste 285                        EE ID: 149
Saint Charles IL  60174

ERIC LITTLE
8124 SANDHILL CRANE DRIVE
FORT WORTH TX  76118

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Eric Little
8124 Sandhill Crane Drive
Fort Worth, TX  76118
**Employee ID:** 149

**Pay Period:** 02/07/26 **to** 02/20/26
**Check Date:** 02/20/26    **Check #:** 11885

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 244 | 4602.88 | 18411.53 |
| **NET PAY** | **4602.88** | **18411.53** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 5769.23 | | 23076.92 |
| | | **Total Hours** | | | | | |
| | | **Total Hrs Worked** | | | | | |
| | | **Gross Earnings** | | | 5769.23 | | 23076.92 |

| OTHER ITEMS *Do not increase Net Pay* | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | PX401 ERMTCH | | | 115.39 | | 461.56 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 357.69 | 1430.77 |
| | Medicare | | 83.66 | 334.62 |
| | Fed Income Tax | J | 551.92 | 2207.68 |
| | **TOTAL** | | 993.27 | 3973.07 |

| DEDUCTIONS | DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|---|
| | PX401 EEPRE | 173.08 | 692.32 |
| | **TOTAL** | 173.08 | 692.32 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **4602.88** | **18411.53** |

*Payrolls by Paychex, Inc.*
0052  1207-4977  New Path Construction and Consulting LLC • 1 Illinois St Ste 285 • Saint Charles IL  60174 • (630) 290-4299

NEW PATH CONSTRUCTION AND CONSULTING LLC   1207-4977
1 Illinois St Ste 285
Saint Charles IL  60174

EE ID: 149

ERIC LITTLE
8124 SANDHILL CRANE DRIVE
FORT WORTH TX  76118

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Eric Little
8124 Sandhill Crane Drive
Fort Worth, TX  76118
**Employee ID:** 149

**Pay Period:** 01/24/26 **to** 02/06/26
**Check Date:** 02/06/26    **Check #:** 11865

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 244 | 4602.88 | 13808.65 |
| **NET PAY** | **4602.88** | **13808.65** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | 5769.23 | | 17307.69 |
| | **Total Hours** | | | | | |
| | **Total Hrs Worked** | | | | | |
| | **Gross Earnings** | | | 5769.23 | | 17307.69 |

**OTHER ITEMS**
*Do not increase Net Pay*

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| PX401 ERMTCH | | | 115.39 | | 346.17 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 357.70 | 1073.08 |
| Medicare | | 83.65 | 250.96 |
| Fed Income Tax | J | 551.92 | 1655.76 |
| **TOTAL** | | 993.27 | 2979.80 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| PX401 EEPRE | 173.08 | 519.24 |
| **TOTAL** | 173.08 | 519.24 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **4602.88** | **13808.65** |

*Payrolls by Paychex, Inc.*

0052  1207-4977  New Path Construction and Consulting LLC • 1 Illinois St Ste 285 • Saint Charles IL  60174 • (630) 290-4299

NEW PATH CONSTRUCTION AND CONSULTING LLC   1207-4977
1 Illinois St Ste 285
Saint Charles IL  60174

EE ID: 149    DD

ERIC LITTLE
8124 SANDHILL CRANE DRIVE
FORT WORTH TX  76118

NON-NEGOTIABLE

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

**PERSONAL AND CHECK INFORMATION**
Eric Little
8124 Sandhill Crane Drive
Fort Worth, TX  76118
**Employee ID:** 149

**Pay Period:** 01/10/26 **to** 01/23/26
**Check Date:** 01/23/26    **Check #:** 11846

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 244 | 4602.88 | 9205.77 |
| **NET PAY** | **4602.88** | **9205.77** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 5769.23 | | 11538.46 |
| | | **Total Hours** | | | | | |
| | | **Total Hrs Worked** | | | | | |
| | | **Gross Earnings** | | | 5769.23 | | 11538.46 |

| OTHER ITEMS | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| *Do not increase Net Pay* | PX401 ERMTCH | | | 115.39 | | 230.78 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 357.69 | 715.38 |
| | Medicare | | 83.66 | 167.31 |
| | Fed Income Tax | J | 551.92 | 1103.84 |
| | **TOTAL** | | 993.27 | 1986.53 |

| DEDUCTIONS | DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|---|
| | PX401 EEPRE | 173.08 | 346.16 |
| | **TOTAL** | 173.08 | 346.16 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **4602.88** | **9205.77** |

*Payrolls by Paychex, Inc.*
0052  1207-4977  New Path Construction and Consulting LLC • 1 Illinois St Ste 285 • Saint Charles IL  60174 • (630) 290-4299

NEW PATH CONSTRUCTION AND CONSULTING LLC 1207-4977
1 Illinois St Ste 285
Saint Charles IL 60174

EE ID 149 DD

ERIC LITTLE
8124 SANDHILL CRANE DRIVE
FORT WORTH TX 76118

NON-NEGOTIABLE

NON-NEGOTIABLE

Payrolls by Paychex, Inc.

**PERSONAL AND CHECK INFORMATION**
Eric Little
8124 Sandhill Crane Drive
Fort Worth, TX 76118
**Employee ID:** 149

**Pay Period:** 12/27/25 **to** 01/09/26
**Check Date:** 01/09/26    **Check #:** 11827

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 244 | 4602.89 | 4602.89 |
| **NET PAY** | **4602.89** | **4602.89** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | 5769.23 | | 5769.23 |
| | Total Hours | | | | | |
| | Total Hrs Worked | | | | | |
| | Gross Earnings | | | 5769.23 | | 5769.23 |

**OTHER ITEMS**
*Do not increase Net Pay*

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| PX401 ERMTCH | | | 115.39 | | 115.39 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 357.69 | 357.69 |
| Medicare | | 83.65 | 83.65 |
| Fed Income Tax | J | 551.92 | 551.92 |
| **TOTAL** | | 993.26 | 993.26 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| PX401 EEPRE | 173.08 | 173.08 |
| **TOTAL** | 173.08 | 173.08 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 4602.89 | 4602.89 |

Payrolls by Paychex, Inc.
0052 1207-4977 New Path Construction and Consulting LLC • 1 Illinois St Ste 285 • Saint Charles IL 60174 • (630) 290-4299

NEW PATH CONSTRUCTION AND CONSULTING LLC 1207-4977
1 Illinois St Ste 285　EE ID: 149
Saint Charles IL 60174

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

ERIC LITTLE
8124 SANDHILL CRANE DRIVE
FORT WORTH TX 76118

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Eric Little
8124 Sandhill Crane Drive
Fort Worth, TX 76118
**Employee ID:** 149

**Pay Period:** 12/13/25 **to** 12/26/25
**Check Date:** 12/26/25  **Check #:** 11808

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 244 | 4568.72 | 34400.99 |
| **NET PAY** | **4568.72** | **34400.99** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | 5769.23 | | 41615.42 |
| | Comp Agreement | | | | | 1000.00 |
| | **Total Hours** | | | | | |
| | **Total Hrs Worked** | | | | | |
| | **Gross Earnings** | | | 5769.23 | | 42615.42 |

**OTHER ITEMS**
*Do not increase Net Pay*

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| PX401 ERMTCH | | | 115.39 | | 767.74 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 357.70 | 2642.16 |
| Medicare | | 83.65 | 617.92 |
| Fed Income Tax | J | 586.08 | 3802.80 |
| **TOTAL** | | 1027.43 | 7062.88 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| PX401 EEPRE | 173.08 | 1151.55 |
| **TOTAL** | 173.08 | 1151.55 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **4568.72** | **34400.99** |

*Payrolls by Paychex, Inc.*
0052 1207-4977  New Path Construction and Consulting LLC • 1 Illinois St Ste 285 • Saint Charles IL 60174 • (630) 290-4299

NEW PATH CONSTRUCTION AND CONSULTING LLC   1207-4977
1 Illinois St Ste 285
Saint Charles IL  60174

EE ID: 149

*Payrolls by Paychex, Inc.*

**NON-NEGOTIABLE**

ERIC LITTLE
8124 SANDHILL CRANE DRIVE
FORT WORTH TX  76118

**NON-NEGOTIABLE**

### PERSONAL AND CHECK INFORMATION
Eric Little
8124 Sandhill Crane Drive
Fort Worth, TX  76118
**Employee ID:** 149

**Pay Period:** 11/29/25 **to** 12/12/25
**Check Date:** 12/12/25    **Check #:** 11789

#### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 244 | 4568.73 | 29832.27 |
| **NET PAY** | **4568.73** | **29832.27** |

#### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | 5769.23 | | 35846.19 |
| | Comp Agreement | | | | | 1000.00 |
| | **Total Hours** | | | | | |
| | **Total Hrs Worked** | | | | | |
| | **Gross Earnings** | | | 5769.23 | | 36846.19 |

#### OTHER ITEMS
*Do not increase Net Pay*

| DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| PX401 ERMTCH | | | 115.39 | | 652.35 |

#### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 357.69 | 2284.46 |
| Medicare | | 83.65 | 534.27 |
| Fed Income Tax | J | 586.08 | 3216.72 |
| **TOTAL** | | 1027.42 | 6035.45 |

#### DEDUCTIONS

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| PX401 EEPRE | 173.08 | 978.47 |
| **TOTAL** | 173.08 | 978.47 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **4568.73** | **29832.27** |

*Payrolls by Paychex, Inc.*
0052  1207-4977  New Path Construction and Consulting LLC • 1 Illinois St Ste 285 • Saint Charles IL  60174 • (630) 290-4299