# ⁂ Statement of Earnings and Deductions.

Wal-Mart Associates, Inc., 702 S.W. 8th St., Bentonville, Arkansas 72716. Tel:479-273-4000

**Paid To:**
RHONDA LITTLE
8124 SANDHILL CRANE   FORT WORTH, TX   76118

**Pay Period:** 02/07/2026 - 02/20/2026
**Deposit Date:** 02/26/2026
**Advice #:** 760466556

| EARNINGS | HOURS | RATE | CURRENT | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 49.96 | $14.5000 | $724.42 | $724.42 |
| W+ MBR GROSS | | | $0.00 | $5.35 |
| WRKDHRS | 49.96 | | | |
| Total | | | $724.42 | $729.77 |

| TAX | | CURRENT | YEAR TO DATE |
|---|---|---|---|
| FEDERAL TAX | | $0.00 | $1.18 |
| SOCIAL SECURITY | | $44.92 | $45.25 |
| MEDICARE | | $10.50 | $10.58 |
| Total | | $55.42 | $57.01 |

| DEDUCTIONS | | CURRENT | YEAR TO DATE |
|---|---|---|---|
| W+ MBR NET | | $0.00 | $3.76 |
| Total | | $0.00 | $3.76 |

| | | CURRENT | YEAR TO DATE |
|---|---|---|---|
| Net Pay | | $669.00 | $669.00 |

## PAY DISTRIBUTION

### CHECK DEPOSIT

Randolph-Brooks Federal Credit Union

xxxxxxx2244                          **$669.00**

**Please Note:** Direct Deposit funds are not available until the Deposit Date listed above on this statement.

| CATEGORY | |
|---|---|
| Pay Category | Hourly |

| FEDERAL TAX WITHHOLDING | |
|---|---|
| Tax Method | Married |
| Claim Dependents | $500.00 |
| Additional Withholding | $0.00 |

| STATE TAX WITHHOLDING | |
|---|---|
| Tax Method | Single |
| Exemptions | 0 |
| Additional Withholding | $0.00 |

All Material Wal-Mart Stores Inc. Confidential.
©2026

SBS   233834   016014   0133   0000083948   1
11104115

# Earnings Statement

**ADP**

american greetings

*AMERICAN GREETINGS CORPORATION*
*PHONE # 216-252-7300*
*1 AMERICAN BLVD*
*CLEVELAND OH 44145*

Period Beginning:   02/02/2026
Period Ending:     02/15/2026
Pay Date:          02/20/2026

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
   Federal:  Standard  Withholding  Table

**RHONDA  LITTLE**
**8124  SANDHILL  CRANE  DR**
**FORT  WORTH  TX  76118**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.5000 | 14.23 | 220.57 | 956.68 |
| **Gross Pay** | | | **$220.57** | 956.68 |

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Social Security Tax | -13.67 | | 59.31 |
| | Medicare Tax | -3.20 | | 13.87 |
| | **Net Pay** | **$203.70** | | |
| | Checking | -203.70 | | 883.50 |
| | **Net Check** | **$0.00** | | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 14.23 | |

EMPLOYEE  ID                                      11104115

**Important  Notes**
YOUR  COMPANY  PHONE  NUMBER  IS : 216-252-7300

**Additional Tax Withholding Information**
Exemptions/Allowances:
   TX:            No State Income Tax

Your  federal  taxable  wages  this  period  are  $220.57

© 2000 ADP, Inc.

american greetings

AMERICAN  GREETINGS  CORPORATION
PHONE  # 216-252-7300
1  AMERICAN  BLVD
CLEVELAND  OH  44145

**Advice number:**    **00000083948**
Pay date:             02/20/2026

Deposited  to  the  account  of
**RHONDA  LITTLE**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxx2244 | xxxx xxxx | $203.70 |


THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

SBS 233834 016014 0133 0000063746 1 CHR
11104115

| american greetings | AMERICAN GREETINGS CORPORATION | | | | |
|---|---|---|---|---|---|

AMERICAN GREETINGS CORPORATION
PHONE # 216-252-7300
1 AMERICAN BLVD
CLEVELAND OH 44145

Period Beginning: 01/19/2026
Period Ending: 02/01/2026
Pay Date: 02/06/2026

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

RHONDA LITTLE
8124 SANDHILL CRANE DR
FORT WORTH TX 76118

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.5000 | 12.45 | 192.98 | 736.11 |
| Gross Pay | | | $192.98 | 736.11 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -11.97 | 45.64 |
| | Medicare Tax | -2.79 | 10.67 |
| | Net Pay | $178.22 | |
| | Checking | -178.22 | 679.80 |
| | Net Check | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 12.45 | |

EMPLOYEE ID                                    11104115

**Important Notes**
YOUR COMPANY PHONE NUMBER IS : 216-252-7300

**Additional Tax Withholding Information**
Exemptions/Allowances:
TX:                No State Income Tax

Your federal taxable wages this period are $192.98

© 2000 ADP, Inc.

---

| american greetings | AMERICAN GREETINGS CORPORATION |
|---|---|

AMERICAN GREETINGS CORPORATION
PHONE # 216-252-7300
1 AMERICAN BLVD
CLEVELAND OH 44145

Advice number:          00000063746
Pay date:               02/06/2026

Deposited to the account of
RHONDA LITTLE

| account number | transit ABA | amount |
|---|---|---|
| xxxxx2244 | xxxx xxxx | $178.22 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

SBS    233834    016014    0133    0000043883    1    CHR
11104115

# Earnings Statement

**ADP**®

*AMERICAN   GREETINGS   CORPORATION*
*PHONE  # 216-252-7300*
*1 AMERICAN   BLVD*
*CLEVELAND    OH  44145*

| | |
|---|---|
| Period Beginning: | 01/05/2026 |
| Period Ending: | 01/18/2026 |
| Pay Date: | 01/23/2026 |

**RHONDA   LITTLE**
**8124   SANDHILL   CRANE   DR**
**FORT   WORTH   TX   76118**

Filing Status: Single/Married   filing separately
Exemptions/Allowances:
   Federal: Standard   Withholding   Table

| **Earnings** | rate | hours | this  period | year  to  date |
|---|---|---|---|---|
| Regular | 15.5000 | 7.37 | 114.24 | 543.13 |
| Gross Pay | | | $114.24 | 543.13 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Social Security Tax | -7.08 | 33.67 |
| | Medicare Tax | -1.66 | 7.88 |
| | Net Pay | $105.50 | |
| | Checking | -105.50 | 501.58 |
| | Net Check | $0.00 | |

Your  federal  taxable  wages  this  period  are  $114.24

| **Other Benefits  and Information** | this  period | total  to  date |
|---|---|---|
| Totl Hrs  Worked | 7.37 | |
| EMPLOYEE  ID | | 11104115 |

**Important  Notes**
YOUR  COMPANY   PHONE   NUMBER   IS : 216-252-7300

**Additional Tax  Withholding  Information**
Exemptions/Allowances:
   TX:         No State  Income  Tax

© 2000 ADP, Inc.

---

american greetings
**AMERICAN   GREETINGS   CORPORATION**
PHONE  # 216-252-7300
1  AMERICAN   BLVD
CLEVELAND   OH  44145

| **Advice  number:** | **00000043883** |
|---|---|
| Pay  date: | 01/23/2026 |

| **Deposited   to  the  account   of** | account   number | transit  ABA | amount |
|---|---|---|---|
| **RHONDA   LITTLE** | xxxxx2244 | xxxx  xxxx | $105.50 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**AMERICAN GREETINGS CORPORATION**
*PHONE # 216-252-7300*
*1 AMERICAN BLVD*
*CLEVELAND OH 44145*

SBS  233834  016014  0133  0000024267  1
11104115

Period Beginning: 12/22/2025
Period Ending: 01/04/2026
Pay Date: 01/09/2026

Filing Status: Single/Married filing separately
Exemptions/Allowances:
 Federal: Standard Withholding Table

**RHONDA LITTLE**
**8124 SANDHILL CRANE DR**
**FORT WORTH TX 76118**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.5000 | 27.67 | 428.89 | 428.89 |
| **Gross Pay** | | | **$428.89** | 428.89 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -26.59 | 26.59 |
| | Medicare Tax | -6.22 | 6.22 |
| | **Net Pay** | **$396.08** | |
| | Checking | -396.08 | 396.08 |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $428.89

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 27.67 | |

EMPLOYEE ID  11104115

**Important Notes**
YOUR COMPANY PHONE NUMBER IS : 216-252-7300

**Additional Tax Withholding Information**
Exemptions/Allowances:
 TX:  No State Income Tax

© 2000 ADP, Inc.



**AMERICAN GREETINGS CORPORATION**
PHONE # 216-252-7300
1 AMERICAN BLVD
CLEVELAND OH 44145

Advice number: **00000024267**
Pay date: 01/09/2026

Deposited to the account of
**RHONDA LITTLE**

| account number | transit ABA | amount |
|---|---|---|
| xxxxx2244 | xxxx xxxx | $396.08 |

**NON-NEGOTIABLE**

SBS  233834  016014  0133  0000524081  1
11104115

# Earnings Statement

ADP®

american greetings
*AMERICAN GREETINGS CORPORATION*
*PHONE # 216-252-7300*
*1 AMERICAN BLVD*
*CLEVELAND OH 44145*

Period Beginning:    12/08/2025
Period Ending:    12/21/2025
Pay Date:    12/26/2025

**RHONDA LITTLE**
**8124 SANDHILL CRANE DR**
**FORT WORTH TX 76118**

Filing Status: Single/Married filing separately
Exemptions/Allowances:
    Federal: Standard Withholding Table

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.5000 | 21.86 | 338.83 | 1,866.39 |
| Gross Pay | | | $338.83 | 1,866.39 |

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Social Security Tax | -21.01 | | 115.72 |
| | Medicare Tax | -4.91 | | 27.06 |
| | Net Pay | | $312.91 | |
| | Checking | -312.91 | | 1,723.61 |
| | Net Check | | $0.00 | |

Your federal taxable wages this period are $338.83

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 21.86 | |

EMPLOYEE ID                                11104115

## Important Notes
YOUR COMPANY PHONE NUMBER IS : 216-252-7300

## Additional Tax Withholding Information
Exemptions/Allowances:
    TX:                No State Income Tax

© 2000 ADP, Inc.

---



american greetings
AMERICAN GREETINGS CORPORATION
PHONE # 216-252-7300
1 AMERICAN BLVD
CLEVELAND OH 44145

Advice number:    **00000524081**
Pay date:    12/26/2025

Deposited to the account of
**RHONDA LITTLE**

| account number | transit ABA | amount |
|---|---|---|
| xxxxx2244 | xxxx xxxx | $312.91 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

SBS    233834    016014    0133    0000504244    1
11104115

# Earnings  Statement

**ADP**

american greetings

*AMERICAN  GREETINGS  CORPORATION*
*PHONE  # 216-252-7300*
*1 AMERICAN  BLVD*
*CLEVELAND    OH  44145*

| | |
|---|---|
| Period  Beginning: | 11/24/2025 |
| Period  Ending: | 12/07/2025 |
| Pay  Date: | 12/12/2025 |

**RHONDA  LITTLE**
**8124  SANDHILL  CRANE  DR**
**FORT  WORTH  TX  76118**

Filing  Status:  Single/Married    filing  separately
Exemptions/Allowances:
  Federal:  Standard  Withholding  Table

| Earnings | rate | hours | this  period | year  to date |
|---|---|---|---|---|
| Regular | 14.8000 | 10.94 | 161.91 | 1,527.56 |
| | Gross  Pay | | $161.91 | 1,527.56 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social  Security  Tax | -10.04 | 94.71 |
| | Medicare  Tax | -2.35 | 22.15 |
| | Net  Pay | $149.52 | |
| | Checking | -149.52 | 1,410.70 |
| | Net  Check | $0.00 | |

Your  federal  taxable  wages  this  period  are  $161.91

| Other  Benefits  and  Information | this  period | total to date |
|---|---|---|
| Totl  Hrs  Worked | 10.94 | |

EMPLOYEE  ID                                11104115

### Important  Notes
YOUR  COMPANY  PHONE  NUMBER  IS : 216-252-7300

### Additional  Tax  Withholding  Information
Exemptions/Allowances:
  TX:              No State  Income  Tax

© 2000  ADP,  Inc.

---

american greetings

AMERICAN  GREETINGS  CORPORATION
PHONE  # 216-252-7300
1  AMERICAN  BLVD
CLEVELAND  OH  44145

| Advice  number: | **00000504244** |
|---|---|
| Pay  date: | 12/12/2025 |

| Deposited  to  the  account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| **RHONDA  LITTLE** | xxxxx2244 | xxxx  xxxx | $149.52 |



THIS IS NOT A CHECK

**NON-NEGOTIABLE**