| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Eric Todd Little<br>First Name  Middle Name  Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–9064<br>__–_____ |
| Debtor 2:<br>(Spouse, if filing) | Rhonda Michelle Little<br>First Name  Middle Name  Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–9538<br>__–_____ |
| United States Bankruptcy Court: | Northern District of Texas | Date case filed for chapter: | 7    3/2/26 |
| Case number: | 26–40968–elm7 | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20

10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Eric Todd Little | Rhonda Michelle Little |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 8124 Sandhill Crane<br>Fort Worth, TX 76118 | 8124 Sandhill Crane<br>Fort Worth, TX 76118 |
| 4. | **Debtor's attorney**<br>Name and address | Clayton Everett<br>515 E. Border St.<br>Ste 163<br>76010<br>Arlington, TX 76010 | Contact phone 817–704–3984<br>Email: clayton@norredlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Shawn K. Brown<br>Chapter 7 Trustee<br>PO Box 93749<br>Southlake, TX 76092 | Contact phone (817) 348–0777 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline Set**                    page 1

| 6. | **Bankruptcy clerk's office** | 501 W. Tenth Street<br>Fort Worth, TX 76102 | Hours open:<br>Mon.–Fri. 8:30–4:30 |
|---|---|---|---|
|  | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. |  | Contact phone 817–333–6000<br><br>Date: 3/2/26 |

| 7. | **Meeting of creditors** | **April 8, 2026 at 09:30 AM** | Location: |
|---|---|---|---|
|  | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 335 875 4980, and Passcode 6437856478, OR call 1–469–218–9242**<br><br>For additional meeting information, go to https://www.justice.gov/ust/moc |

| 8. |  | **Presumption of abuse** | The presumption of abuse does not arise. |
|---|---|---|---|
|  |  | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. |  |

| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline:** 6/8/26 |
|---|---|---|---|
|  | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. |  |  |
|  |  | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). |  |
|  |  | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|---|
|  | Please do not file a proof of claim unless you receive a notice to do so. |  |

| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|---|

United States Bankruptcy Court

Northern District of Texas

In re:     Case No. 26-40968-elm
Eric Todd Little     Chapter 7
Rhonda Michelle Little
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0539-4     User: admin     Page 1 of 4
Date Rcvd: Mar 02, 2026     Form ID: 309A     Total Noticed: 73

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eric Todd Little, Rhonda Michelle Little, 8124 Sandhill Crane, Fort Worth, TX 76118-4506 |
| 23265789 | + | ARBO Apartment Group, 1501 S Mopac Expy Ste 220, Austin, TX 78746-7683 |
| 23265787 | + | Ameripath, PO Box 740976, Cincinnati, OH 45274-0976 |
| 23265791 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23265795 | + | CIP Paving, LLC, 4329 Reeder Dr, Carrollton, TX 75010-4444 |
| 23265797 | | City Capital NY, 164 20th St Suite 4E, Glendale, CA 91203 |
| 23265798 | + | Civitas Capital/ Avid Living LLC, 1722 Routh St, STE 800, Dallas, TX 75201-2502 |
| 23265799 | + | Clinical Pathology, PO Box 141669, Austin, TX 78714-1669 |
| 23265808 | + | Fitzhugh Ave Investments II, LLC, 8235 Douglas Ave. Suite 620, Dallas, TX 75225-6057 |
| 23265810 | + | Gateway, PO Box 8404, Coral Springs, FL 33075-8404 |
| 23265813 | + | Hospitalist Medicine, PO Box 743522, Los Angeles, CA 90074-3522 |
| 23265817 | + | Last Chance Funding Inc, 411 Hempstead Turnpike, West Hempstead, NY 11552-1350 |
| 23265820 | + | Melrose Heights Phase II Condominium Owners Associat, 4545 Bowser Ave, Dallas, TX 75219-2112 |
| 23265821 | + | Mid Evray, LLC, 6060 North Central Expressway Ste 770, Dallas, TX 75206-5303 |
| 23265823 | + | Multicon Services, LLC, 4811 Merlot Ave Unit 150, Grapevine, TX 76051-7390 |
| 23265827 | + | NRHS Radiology, PO Box 6070, Columbus, GA 31917-6070 |
| 23265825 | + | Norman Regional, PO Box 441188, Aurora, CO 80044-1188 |
| 23265826 | + | Norman Urology, PO Box 265, Norman, OK 73070-0265 |
| 23265832 | + | Performance Living, LLC, 1010 Travis Street Ste 900, Houston, TX 77002-5928 |
| 23265833 | + | Pro-Tec Electric Corporation, 3321 Suffolk Drive Ste 104, Fort Worth, TX 76133-1151 |
| 23265834 | + | Quick Funding Group, LLC, 99 W Hawthorne Ave, Valley Stream, NY 11580-6163 |
| 23265836 | + | Richfield Properties, 2140 E Southlake Blvd, STE L-559, Southlake, TX 76092-6516 |
| 23265837 | + | Rick Barnes-Tax Assessor, 100 E. Weatherford Street, Fort Worth, TX 76196-0206 |
| 23265838 | + | Royal Homestar, PO Box 748850, Los Angeles, CA 90074-8850 |
| 23265816 | ++ | TARRANT COUNTY HOSPITAL DISTRICT, ATTN PATIENT FINANCIAL SERVICES, 1400 S MAIN STREET SUITE 300, FORT WORTH TX 76104-4923 address filed with court:, JPS Health, PO Box 916046, Fort Worth, TX 76191 |
| 23265844 | + | Tejas Specialty Concrete Coatings, LLC, 8920 Point 6 Cir, Houston, TX 77095-3117 |
| 23265847 | + | Texas Medicine Resources, PO Box 9168, Coral Springs, FL 33075-9168 |
| 23265851 | | U.S. Attorney-North, 3rd. Floor, 1100 Commerce St., Dallas, TX 75242 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: clayton@norredlaw.com | Mar 02 2026 22:18:00 | Clayton Everett, 515 E. Border St., Ste 163, 76010, Arlington, TX 76010 |
| tr | + | EDI: FSKBROWN.COM | Mar 03 2026 03:04:00 | Shawn K. Brown, Chapter 7 Trustee, PO Box 93749, Southlake, TX 76092-0117 |
| 23265783 | | Email/Text: 54ccd750ccff7e8f7743@cloudmailin.net | | |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Mar 02 2026 22:19:00 | Alliance Trucking, LP, 721 111th Street, Arlington, TX 76011 |
| 23265784 | + | EDI: GMACFS.COM | Mar 03 2026 03:04:00 | Ally Bank, PO Box 8127, Cockeysville, MD 21030-8127 |
| 23265785 | + | EDI: JPMORGANCHASE | Mar 03 2026 03:04:00 | Amazon Chase, PO Box 1423, Charlotte, NC 28201-1423 |
| 23265786 | + | Email/PDF: bncnotices@becket-lee.com | Mar 02 2026 22:32:02 | American Express National Bank, 43 Butterfield Circle, El Paso, TX 79906-5202 |
| 23265788 | + | Email/Text: BKNotice@andrewsmyers.com | Mar 02 2026 22:19:00 | Andrew Myers, P.C., 919 Congress Ave., Suite 1050, Austin, TX 78701-2155 |
| 23265790 | ^ | MEBN | Mar 02 2026 22:15:16 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23265792 | + | EDI: AGFINANCE.COM | Mar 03 2026 03:04:00 | Brightway/onemain, PO Box 3316, Evansville, IN 47732-3316 |
| 23265841 | | Email/Text: cfcbackoffice@contfinco.com | Mar 02 2026 22:19:00 | Surge, PO Box 6812, Carol Stream, IL 60197 |
| 23265793 | + | EDI: CAPITALONE.COM | Mar 03 2026 03:04:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 23265796 | + | EDI: CITICORP | Mar 03 2026 03:04:00 | Citibank, PO Box 790046, Saint Louis, MO 63179-0046 |
| 23265800 | + | Email/Text: Bankruptcynotice@cscglobal.com | Mar 02 2026 22:19:00 | Corporation Service Company, As Representative, PO Box 2576, Springfield, IL 62708-2576 |
| 23265801 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 02 2026 22:32:12 | Credit One, PO Box 60500, City Of Industry, CA 91716-0500 |
| 23265802 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 02 2026 22:31:52 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 23265803 | + | Email/Text: CSIBKR@CREDITSYSTEMSINTL.COM | Mar 02 2026 22:19:00 | Credit Systems International, Inc, 1277 Country Club Lane, Fort Worth, TX 76112-2304 |
| 23265805 | + | EDI: PHINGENESIS | Mar 03 2026 03:04:00 | Destiny Concora Credit, PO Box 96541, Charlotte, NC 28296-6541 |
| 23265806 | + | EDI: JPMORGANCHASE | Mar 03 2026 03:04:00 | Disney Chase, PO Box 1423, Charlotte, NC 28201-1423 |
| 23265807 | | Email/Text: collectionbankruptcies.bancorp@53.com | Mar 02 2026 22:19:00 | Fifth Third Bank, PO Box 63900, Cincinnati, OH 45263 |
| 23265814 | | Email/Text: BNSFS@capitalsvcs.com | Mar 02 2026 22:18:00 | Hue, PO Box 2509, Omaha, NE 68103 |
| 23265809 | ^ | MEBN | Mar 02 2026 22:15:43 | Fortiva, PO Box 650847, Dallas, TX 75265-0847 |
| 23265811 | + | Email/Text: accountresearch@goodleap.com | Mar 02 2026 22:19:00 | GoodLeap LLC, Attn: Bankruptcy Department, 8781 Sierra College Blvd, Roseville, CA 95661-5920 |
| 23265812 | + | Email/Text: accountresearch@goodleap.com | Mar 02 2026 22:19:00 | Goodleap, LLC, 8781 Sierra College Blvd, Roseville, CA 95661-5920 |
| 23265815 | + | EDI: IRS.COM | Mar 03 2026 03:04:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23265818 | + | Email/Text: dallas.bankruptcy@LGBS.com | Mar 02 2026 22:19:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23265819 | + | Email/Text: dallas.bankruptcy@LGBS.com | Mar 02 2026 22:19:00 | LGBS-Dallas, 3500 Maple Ave Ste 800, Dallas, TX 75219-3959 |
| 23265822 | + | EDI: PHINGENESIS | Mar 03 2026 03:04:00 | Milestone, PO Box 96541, Charlotte, NC 28296-6541 |
| 23265824 | | Email/Text: bankruptcy@nationalcreditsystems.com | Mar 02 2026 22:18:00 | National Credit Systems, Inc., Attn: Bankruptcy, P.O. Box 672288, Atlanta, GA 30006 |

District/off: 0539-4 | User: admin | Page 3 of 4
Date Rcvd: Mar 02, 2026 | Form ID: 309A | Total Noticed: 73

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 23265828 | + | EDI: NTXTOLWAY | Mar 03 2026 03:04:00 | NTTA, PO Box 660244, Dallas, TX 75266-0244 |
| 23265830 | | ^ MEBN | Mar 02 2026 22:16:36 | OTA PlatePay, PO Box 248935, Oklahoma City, OK 73124-8935 |
| 23265829 | + | EDI: AGFINANCE.COM | Mar 03 2026 03:04:00 | Onemain, PO Box 981037, Boston, MA 02298-1037 |
| 23265831 | + | Email/Text: emccain@pbfcm.com | Mar 02 2026 22:19:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 23265835 | | ^ MEBN | Mar 02 2026 22:16:22 | Radiology Associates, PO Box 1723, Indianapolis, IN 46206-1723 |
| 23265839 | | ^ MEBN | Mar 02 2026 22:15:27 | Selene Finance, PO Box 660369, Dallas, TX 75266-0369 |
| 23265842 | | EDI: SYNC | Mar 03 2026 03:04:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 23265840 | | Email/Text: pacer@cpa.state.tx.us | Mar 02 2026 22:19:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23265843 | + | Email/Text: TAX-CTS-Southwestern.BankruptcyMail@usdoj.gov | Mar 02 2026 22:18:00 | Tax Division-US Department of Justice, 717 N. Harwood, Ste. 400, Dallas, TX 75201-6598 |
| 23265845 | + | Email/Text: bankruptcyclerk@tabc.texas.gov | Mar 02 2026 22:19:00 | Texas Alcoholic Bev. Comm., Licenses and Permits Division, PO Box 13127, Austin, TX 78711-3127 |
| 23265846 | + | Email/Text: bcd@oag.texas.gov | Mar 02 2026 22:18:00 | Texas Attorney General, BK-Collections Division, PO Box 12548, Austin, TX 78711-2548 |
| 23265848 | | ^ MEBN | Mar 02 2026 22:14:28 | Texas Oncology, PO Box 732175, Dallas, TX 75373-2175 |
| 23265849 | | ^ MEBN | Mar 02 2026 22:16:30 | Texas Radiology Associates, PO Box 3368, Indianapolis, IN 46206-3368 |
| 23265850 | + | Email/Text: collections.pacer@twc.texas.gov | Mar 02 2026 22:19:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23265853 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Mar 02 2026 22:19:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |
| 23265852 | | EDI: USBANKARS.COM | Mar 03 2026 03:04:00 | U.S. Bank, PO Box 790408, St. Louis, MO 63179 |
| 23265854 | + | EDI: WFFC | Mar 03 2026 03:04:00 | Wells Fargo, 6061 North State Hwy 161, Irving, TX 75038-2259 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23265794 | ##+ | Century Insurance Agency, Inc., 3200 Long Prairie Rd Ste 200, Flower Mound, TX 75022-4998 |
| 23265804 | ##+ | Crimson Building Company, LLC, 1705 Forest Ridge, Bedford, TX 76022-8900 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 4 of 4 |
| Date Rcvd: Mar 02, 2026 | Form ID: 309A | Total Noticed: 73 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2026　　　　　　　　Signature:　　　/s/Gustava Winters