Certificate Number: 17572-TXN-DE-040710204

Bankruptcy Case Number: 26-40968



17572-TXN-DE-040710204

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 9, 2026, at 12:53 o'clock PM PDT, Eric Little completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date:   March 9, 2026                By:   /s/Leigh-Anna M Thompson

Name:   Leigh-Anna M Thompson

Title:   Counselor