Certificate Number: 17572-TXN-DE-040710202

Bankruptcy Case Number: 26-40968



17572-TXN-DE-040710202

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 9, 2026</u>, at <u>12:53</u> o'clock <u>PM PDT</u>, <u>Rhonda Little</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Texas</u>.

Date:  <u>March 9, 2026</u>

By:  <u>/s/Leigh-Anna M Thompson</u>

Name:  <u>Leigh-Anna M Thompson</u>

Title:  <u>Counselor</u>