Clayton L. Everett | State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Debtors

# United States Bankruptcy Court
## Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| In re:<br>Eric Todd Little and Rhonda Michelle Little,<br><br>Debtors. | Case No. 26-40968-elm7<br>Chapter 7 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Debtors' Notice of Chapter 7 Bankruptcy Case* (Dkt.6) was served on March 18, 2026, via First-Class Mail to the following parties at their corresponding addresses:

Stapleton Group, Inc. /PSW GC, LLC
514 Via de la Valle, Suite 210
Solana Beach, CA 92075

Carrington, Coleman, Sloman
& Blumenthal, L.L.P.
901 Main Street Ste. 5500
Dallas, TX 75202

Bolivar Holdings, LLC
PO Box 817
Largo, FL 33779

Bukowski Law Firm, P.C.
901 W. 9th St. #102
Austin, TX 78703

Respectfully submitted,

Norred Law, PLLC
By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817)704-3984
Counsel for Debtors