**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| ERIC TODD LITTLE and | § | |
| RHONDA MICHELLE LITTLE | § | CASE NO. 26-40968-ELM7 |
| | § | |
| DEBTORS. | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL**
**NOTICES, PLEADINGS, ORDERS, AND OTHER PAPERS**

PLEASE TAKE NOTICE that William R. (Butch) Korb, Eric J. Millner, and the law firm of Bourland, Wall & Wenzel, P.C., appearing on behalf of Arbo Apartment Group I, LLC, hereby submit this Notice of Appearance in the above-captioned case and request notice of all hearings and conferences herein and make demand for service of all papers and filings herein, including but not limited to all papers and notices pursuant to 11 U.S.C. § 342, 11 U.S.C. § 1109(b), and Federal Rules of Bankruptcy Procedure 2002, 3017, 9007, 9010, and 9022.  All notices given or required to be given in this case shall be served upon Arbo Apartment Group I, LLC as follows:

> William R. (Butch) Korb
> Eric J. Millner
> Bourland, Wall & Wenzel, P.C.
> 301 Commerce Street, Suite 2500
> Fort Worth, Texas 76102-4125
> Telephone:  817-877-1088
> Telecopier:  817-877-1636
> Email: bkorb@bwwlaw.com
> Email: emillner@bwwlaw.com

This Notice of Appearance is not a waiver of any right to challenge the eligibility of the Debtor for relief under the Bankruptcy Code.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, without limitation, all schedules, statements of financial affairs, operating reports, plans of reorganization or disclosure statements, notices, letters, applications, motions, complaints, objections, claims, demands, hearings, petitions, and all other pleadings or requests, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, personal delivery, courier, facsimile, email, or otherwise filed with or delivered to the Bankruptcy Clerk, Court, or Judge in relation to the above-numbered bankruptcy action and any related adversary proceedings.

Respectfully submitted,

*/s/ Eric J. Millner*
WILLIAM R. (BUTCH) KORB
State Bar No. 11681350
bkorb@bwwlaw.com
ERIC J. MILLNER
State Bar No. 24041493
emillner@bwwlaw.com
BOURLAND, WALL & WENZEL, P.C.
301 Commerce Street, Suite 2500
Fort Worth, Texas 76102-4125
Telephone: 817-877-1088
Telecopier: 817-877-1636

## CERTIFICATE OF SERVICE

This certifies that a true and correct copy of the above notice was electronically mailed to the parties registered or otherwise entitled to receive electronic notices in these cases pursuant to the Electronic Filing Procedures in this District on this 7th day of April, 2026.

*/s/ Eric J. Millner*
ERIC J. MILLNER

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL**
**NOTICES, PLEADINGS, ORDERS, AND OTHER PAPERS**
581217.1                                                                                    **PAGE 2**